HAWAH S. AHMAD, ESQ.
Nevada State Bar No. 16374
AHMADLAW
300 S. Arlington Avenue, Ste B
Reno, Nevada 85901
Telephone: (775) 234-8760
Ahmad@alawnv.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARI-ANN P. BURGESS,<br>　　　　Plaintiff,<br><br>Vs.<br><br>WASHOE COUNTY, a political Subdivision of the State of Nevada, ROES I through X, and Does 1 through 10, inclusive,<br>　　　　Defendants.<br>_____/ | Case No. 3:25−cv−00065−MMD−CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff, CARI-ANN P. BURGESS ("Plaintiff" or "Ms. Burgess") and Defendant, Washoe County ("Defendant" or "County"), by and through their respective counsel of record, hereby agree and stipulate as follows:

　　　　1.　　On May 30, 2025, Plaintiff filed and served her First Amended Complaint in United States District Court, District of Nevada.

　　　　2.　　Pursuant to Fed. R. Civ. P. 81(c)(2), the current deadline for Defendant to answer or otherwise respond to Plaintiff's First Amended Complaint is June 29, 2025.

1

3. The Parties agree, stipulate, and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's First Amended Complaint by thirty-one (31) days, making the deadline to answer or otherwise respond **July 31, 2025**.

4. The Parties further agree, stipulate, and respectfully request that the Court set the following deadlines for responses to motions to dismiss and replies in support of any such motions:

    a. Plaintiff's responses to Defendant's motions or pleadings will be filed by **August 29, 2025**; and

    b. Defendant's replies in support of any motions will be filed by **September 12, 2025**.

5. The extension is necessary to provide Defendant's counsel sufficient time to review the First Amended Complaint and prepare responsive pleadings and/or motions.

6. This is the first stipulation for an extension of the time for Defendants to answer or otherwise plead in response to Plaintiff's First Amended Complaint.

IT IS SO STIPULATED.

Dated this 3rd day of June, 2025.

| AHMADLAW | WASHOE COUNTY |
|---|---|
| //s// Hawah S. Ahmad<br>HAWAH S. AHMAD, ESQ.<br>300 S. Arlington Avenue, Ste. B<br>Reno, NV 89501<br>(775) 234-8760<br>ahmad@alawnv.com<br>*Attorney for Plaintiff* | //s// Lindsay L. Liddell<br>LINDSAY L. LIDDELL, ESQ.<br>Deputy District Attorney<br>District Attorney's Office<br>One South Sierra Street<br>Reno, NV 89501<br>(775) 37-5714<br>lliddell@da.washoecounty.gov<br>*Attorney for Defendant* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 3, 2025