HAWAH S. AHMAD Esq.
Nevada State Bar No. 16374
AHMADLAW
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
Telephone: (775) 234-8760
Ahmad@alawnv.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARI-ANN P. BURGESS, | |
| Plaintiff, | Case No. 3:25-cv-00065-NJK |
| vs. | |
| WASHOE COUNTY, a political Subdivision of the State of Nevada, ROES I through X, and Does 1 through 10, inclusive, | **PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT** |
| Defendant.                              / | |

Plaintiff, CARI-ANN BURGESS ("Plaintiff" or "Ms. Burgess"), by and through her counsel, Hawah S. Ahmad, Esq. of AhmadLaw, and hereby respectfully files this Reply to Defendant's Response to Plaintiff's Motion for Leave to Exceed Page Limit (ECF No. 52).

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    REPLY**

As previously mentioned in Plaintiff's Motion for Leave to Exceed Page Limit (ECF No. 48), the motion was filed on March 25, 2026, after it was noted that undersigned's office inadvertently did not file the document that was originally prepared shortly after Defendant's March 6, 2026 Reply to Response was filed (ECF No. 46).

1

AHMADLAW
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
(775) 234-8760

At the time Plaintiff was filing her Opposition to Motion to Stay, it was recognized that the filing was never completed. As such, the filing was edited with the current date and filed.

Plaintiff acknowledges Defendant's non-opposition. The additional pages were necessitated in part by the Court's observation in the prior Order Denying Motion to Dismiss without Prejudice (ECF No. 39), where the Court noted in footnote 3:

> Plaintiff's responsive brief states in passing that the ADAAA provides a "broadened definition" that is met in this case, without elaborating in any fashion on what the amendments or corresponding regulations actually say. See Docket No. 20 at 13. Perhaps due to the conclusory nature of Plaintiff's assertion, Defendant in reply does not address the ADAAA or corresponding regulations. See Docket No. 22 at 2-3. Hence, neither side sufficiently addresses the impact of the ADAAA and corresponding regulations on the issues raised. Even when the parties have not done so, however, the Court has its own duty to correctly articulate and apply the law. Bateman v. U.S. Postal Serv., 231 F.3d 1220, 1224 (9th Cir. 2000).

As such, Plaintiff needed to make sure that the ADAAA analysis was properly pled to allow Defendant to address the current law, as well as provide the proper analysis for judicial notice. Plaintiff takes full responsibility for the resulting page overrun.

As this Court's permission must be sought and obtained for Plaintiff's request, Plaintiff respectfully moves for retroactive leave to file her Opposition to Defendant's Renewed Motion to Dismiss (ECF No. 45) in its current form, nunc pro tunc to February 27, 2026. The Opposition is 28 pages, four pages in excess of the 24-page limit under LR 7-3.

Plaintiff does not anticipate seeking any future leave to exceed the page limits in future filings. For the foregoing reasons, Plaintiff respectfully requests that this Court grant retroactive leave to file Plaintiff's Opposition to Defendant's Renewed Motion to Dismiss (ECF No. 45) in its current

\\\

\\\

\\\

2

form, nunc pro tunc to February 27, 2026.

**AFFIRMATION**

Affirmation pursuant to NRS 239B.030, the undersigned declares that this document does not contain the personal information of any person as defined by NRS 603A.040.

Dated this 3nd day of April 2026.

AHMADLAW


_//s//Hawah S. Ahmad_____
HAWAH S. AHMAD, ESQ.
300 S. Arlington Avenue, Ste. B
Reno, NV 89501
(775) 234-8670
ahmad@alawnv.com
*Attorney for Plaintiff*

**AHMADLAW**
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
(775) 234-8760

3

**AHMADLAW**
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
(775) 234-8760

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(d)(1), I hereby certify that I am an employee of AhmadLaw, and am over the age of eighteen (18), and that on the date set forth below, I served a true copy of:

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

on the party below by:

X      Electronic Service via e-filing to:
Chris Hicks, Washoe County District Attorney
Lindsay S. Liddell, Deputy District Attorney
One South Sierra Street
Reno, Nevada 89501
lliddell@da.washoecounty.gov
(775) 337-5700

__      E-Mail to

DATED this 3rd day of April 2026.

//s// *Aaron Palm*
Employee of AhmadLaw

4