# Exhibit 1

**EMAILS BETWEEN HAWAH S. AHMAD, ESQ., WITH DEPUTY DISTRICT ATTORNEY BRANDON PRICE CC'ED AS AN ATTORNEY OR ACTING IN AN ATTORNEY CAPACITY.**

# Exhibit 1

 **Gmail**

**Hawah Ahmad <ahmad@alawnv.com>**

## Follow Up

6 messages

**Hawah Ahmad** <ahmad@alawnv.com>                                       Fri, Feb 14, 2025 at 11:17 AM
To: nedwards@da.washoecounty.gov

Hello,
Any word on my request for the transcripts from the investigatory interview?

Thank you,

Hawah

--
Hawah S. Ahmad, Esq.
Ahmad Law PLLC

Notice of Confidentiality. This message is intended to be confidential and directed only to the person/entity as
addressed above. Furthermore, the contents of this message and any attachments hereto may be subject to the
attorney-client privilege and/or work product doctrine and should not be disclosed to other parties or
distributed or copied in any way. Any unauthorized use, distribution or copying of this communication is strictly
prohibited. If you have received this message by error, please reply by e-mail to inform us and delete any copies
from your hard drive. Thank you.

**Liddell, Lindsay L** <lliddell@da.washoecounty.gov>                    Fri, Feb 14, 2025 at 1:40 PM
To: "ahmad@alawnv.com" <ahmad@alawnv.com>

Hi Hawah,


I am the attorney representing the County in the *Burgess v. Washoe County* case. Nate forwarded your email requesting
transcripts from the investigatory interviews regarding Ms. Burgess. Generally, the County's practice is to maintain the
confidentiality of HR investigative reports and related records. But, because the report will likely be distributed to Ms.
Burgess in the normal course of discovery I am providing you the attached copy as a courtesy. As the report shows, there
were many validated concerns regarding Ms. Burgess's inability to carry out her Interim-ROV election duties in
accordance with state and federal law.


I am aware that Ms. Burgess was terminated from her employment with Washoe County this week. Let me know would
like to discuss potential settlement and release of claims allowing her to resign rather than have a termination on her
employment record, potentially preventing issues with future possible employment in elections work. I have not discussed
this with the County, but it is possible my client would be amenable to that approach rather than litigating the case in full
throttle.


Otherwise, the County is prepared to defend itself in the litigation in due course. Feel free to reach out if any issues arise
as the case progresses.


Sincerely,

Lindsay



**Lindsay L. Liddell**

**Deputy District Attorney**

**District Attorney's Office**

lliddell@da.washoecounty.gov | O: 775-337-5714

One South Sierra Street, Reno, NV 89501

 

**CONFIDENTIAL:** This e-mail, including any attachments, is intended only for the person or entity to which it is addressed. This e-mail may contain confidential information, proprietary information, and/or information which is protected by the attorney-client privilege or work product doctrine. The unauthorized review, use, forwarding, printing, copying, disclosure, or distribution of this e-mail is strictly prohibited. If you are not the intended recipient or have reason to believe you are not authorized to receive this e-mail, please promptly delete this message and notify the sender.

[Quoted text hidden]

 **Investigation Report 1.15.25-Redacted.pdf**
2454K

---

**Hawah Ahmad** <ahmad@alawnv.com>                                    Fri, Feb 14, 2025 at 1:59 PM
To: "Liddell, Lindsay L" <lliddell@da.washoecounty.gov>

Hello Ms. Liddell,
I appreciate your quick response and disclosure. However, this is actually not the document I am looking for. During the December 19, 2025 interview, I specifically asked to be placed on Notice of the complaints that were being investigated. The only information I had at that time was the October 4, 2024 letter from County Manager Brown. Oddly, during my client's interview I was told that no formal complaints have been made. It is my understanding that pursuant to county policy, though the complainant is redacted, the individual being investigated is supposed to be put on Notice for what they are being investigated for. As such, I specifically requested the recording and/or transcription of my client's interview where that representation was made. I did not receive a response from Ms. Witty, or Mr. Edwards regarding this, but he did send an email for me on February 6, 2025, asking your civil litigation division for the requested information. Nevertheless, is  this January 15, 2025 document the only document representative of the investigation?

I will loop back with my client regarding a potential request for settlement and get back to you.

Thank you,

Hawah Ahmad

[Quoted text hidden]

---

**Liddell, Lindsay L** <lliddell@da.washoecounty.gov>                  Fri, Feb 14, 2025 at 3:21 PM
To: Hawah Ahmad <ahmad@alawnv.com>
Cc: "Price, Brandon" <brprice@da.washoecounty.gov>

Hello,

To clarify, the names of current and former employees were redacted for their privacy. The employees redacted are not complainants, and to my knowledge there have not been any formal complaints. As the report explains, Manager Brown's October 4th letter to Ms. Burgess is the basis for this investigation. This report is the only documentation I'm currently aware of regarding the investigation.

Sincerely,

Lindsay



**Lindsay L. Liddell**

**Deputy District Attorney**

**District Attorney's Office**

lliddell@da.washoecounty.gov | O: 775-337-5714

One South Sierra Street, Reno, NV 89501



**CONFIDENTIAL:** This e-mail, including any attachments, is intended only for the person or entity to which it is addressed. This e-mail may contain confidential information, proprietary information, and/or information which is protected by the attorney-client privilege or work product doctrine. The unauthorized review, use, forwarding, printing, copying, disclosure, or distribution of this e-mail is strictly prohibited. If you are not the intended recipient or have reason to believe you are not authorized to receive this e-mail, please promptly delete this message and notify the sender.

[Quoted text hidden]

**Hawah Ahmad** <ahmad@alawnv.com>                                    Fri, Feb 14, 2025 at 3:48 PM
To: "Liddell, Lindsay L" <lliddell@da.washoecounty.gov>
Cc: "Price, Brandon" <brprice@da.washoecounty.gov>

Ms. Liddell and Mr. Price,
Again, thank you for your quick response. As Ms. Burgess was the de facto Head of Department as the Interim Registrar of Voters, can you please confirm that in the absence of a formal complaint, that a plan or action or notice of complaint went out? Was there a Notice of Investigation Findings, Actions and Recommendations that I missed? I only received a Summary of Findings and Conclusions of Investigation on February 6, 2025. There were no recommendations. Further, it is my understanding that since Mr. McDonald was appointed as permanent Registrar of Voters, there is no process for my client to "protest the investigation findings and recommendations," is that correct?

Thank you,

Hawah Ahmad
[Quoted text hidden]

---

**Liddell, Lindsay L** <lliddell@da.washoecounty.gov>                    Tue, Feb 18, 2025 at 4:47 PM
To: Hawah Ahmad <ahmad@alawnv.com>
Cc: "Price, Brandon" <brprice@da.washoecounty.gov>

Hi Hawah,

The investigation report appears to include the information you're looking for regarding the investigation initiation. As a courtesy, I'm also providing the attached summary of findings that was provided to Mr. Burgess, the termination letter, and the BCC staff report from Ms. Burgess's interim appointment.

As the staff report shows, the interim ROV status was effective until either Ms. Burgess resigned or until the BCC appointed a full time ROV—the latter occurred. As such, Ms. Burgess automatically reverted to the Deputy ROV position. This is an at-will position, in an unclassified appointment that serves at the pleasure of the appointing authority, is not eligible for transfer or voluntary demotion privileges, not eligible for classified employee reinstatement privileges, are FLSA exempt, but they do not need to undergo the classified testing or promotional examinations to obtain their positions, etc. (please see WC personnel handbook regarding unclassified employees). Any Deputy ROV may be terminated with or without an investigation, and has no entitlement to classified employees' progressive discipline or appeal procedures.

If Ms. Burgess wishes to continue litigation, we will move forward on that end.

[Quoted text hidden]

---

**3 attachments**

📄 **BCC staff report.pdf**
2387K

📄 **CAB Term Letter.pdf**
824K

📄 **CB - Close Out letter.pdf**
751K

 **Gmail**                                                    **Hawah Ahmad <ahmad@alawnv.com>**

## Offer for Settlement
4 messages

**Hawah Ahmad** <ahmad@alawnv.com>                          Thu, Feb 27, 2025 at 12:03 PM
To: "Liddell, Lindsay L" <lliddell@da.washoecounty.gov>
Cc: "Price, Brandon" <brprice@da.washoecounty.gov>, Admin Ahmad <admin@alawnv.com>

Hello,
Please see the attached offer for settlement based upon the February 13, 2025 email.

Thank you,

Hawah S. Ahmad
--
Hawah S. Ahmad, Esq.
Ahmad Law PLLC

Notice of Confidentiality. This message is intended to be confidential and directed only to the person/entity as addressed above. Furthermore, the contents of this message and any attachments hereto may be subject to the attorney-client privilege and/or work product doctrine and should not be disclosed to other parties or distributed or copied in any way. Any unauthorized use, distribution or copying of this communication is strictly prohibited. If you have received this message by error, please reply by e-mail to inform us and delete any copies from your hard drive. Thank you.

 **Offer for Settlement 2.27.2025.pdf**
807K

**Liddell, Lindsay L** <lliddell@da.washoecounty.gov>              Fri, Feb 28, 2025 at 12:03 PM
To: Hawah Ahmad <ahmad@alawnv.com>
Cc: "Price, Brandon" <brprice@da.washoecounty.gov>, Admin Ahmad <admin@alawnv.com>

Hi Hawah,


I am in receipt of your letter. When do you need a response?


Best,

Lindsay

 **Lindsay L. Liddell**

**Deputy District Attorney**

**District Attorney's Office**

lliddell@da.washoecounty.gov | O: 775-337-5714

One South Sierra Street, Reno, NV 89501



**CONFIDENTIAL:** This e-mail, including any attachments, is intended only for the person or entity to which it is addressed.  This e-mail may contain confidential information, proprietary information, and/or information which is protected by the attorney-client privilege or work product doctrine.  The unauthorized review, use, forwarding, printing, copying, disclosure, or distribution of this e-mail is strictly prohibited.  If you are not the intended recipient or have reason to believe you are not authorized to receive this e-mail, please promptly delete this message and notify the sender.

[Quoted text hidden]

---

**Hawah Ahmad** <ahmad@alawnv.com>                                    Fri, Feb 28, 2025 at 12:12 PM
To: "Liddell, Lindsay L" <lliddell@da.washoecounty.gov>
Cc: "Price, Brandon" <brprice@da.washoecounty.gov>, Admin Ahmad <admin@alawnv.com>

Hi Lindsay,
Today is her last day so if we are going to talk about a resignation versus termination we will have to sort that out.

Hawah

[Quoted text hidden]

---

**Liddell, Lindsay L** <lliddell@da.washoecounty.gov>                  Mon, Mar 3, 2025 at 10:37 AM
To: Hawah Ahmad <ahmad@alawnv.com>
Cc: "Price, Brandon" <brprice@da.washoecounty.gov>, Admin Ahmad <admin@alawnv.com>

Thank you. The County rejects the 2/27/25 settlement offer.

Sincerely,

[Quoted text hidden]

 **Gmail**

Hawah Ahmad <ahmad@alawnv.com>

## Burgess v. Washoe County

6 messages

**Liddell, Lindsay L** <lliddell@da.washoecounty.gov>                Mon, Jun 2, 2025 at 11:39 AM
To: Hawah Ahmad <ahmad@alawnv.com>
Cc: "Price, Brandon" <brprice@da.washoecounty.gov>, "Larkin, Stephanie" <slarkin@da.washoecounty.gov>

Hi Hawah,

We were served with the Amended Complaint in the Burgess case Friday. I am writing to request an extension to respond of an additional 31 days (30th day is on a Sunday)- until Monday July 21st.

I will be lead counsel with Brandon as secondary counsel on this one. We are both extremely backed up with our workload right now. Chaz has been deployed, which limits Brandon's capacity for litigation. Our boss Mary Kandaras is retiring today, with Mike Large taking over as Chief and taking him off litigation. I am picking up the majority of the litigation for the County right now. Our litigation resources are very strained right now, so any extension would be greatly appreciated.

Thank you,

Lindsay



**Lindsay L. Liddell**

**Deputy District Attorney**

**District Attorney's Office**

lliddell@da.washoecounty.gov | O: 775-337-5714

One South Sierra Street, Reno, NV 89501



**CONFIDENTIAL:** This e-mail, including any attachments, is intended only for the person or entity to which it is addressed.  This e-mail may contain confidential information, proprietary information, and/or information which is protected by the attorney-client privilege or work product doctrine.  The unauthorized review, use, forwarding, printing, copying, disclosure, or distribution of this e-mail is strictly prohibited.  If you are not the intended recipient or have reason to believe you are not authorized to receive this e-mail, please promptly delete this message and notify the sender.

**Hawah Ahmad** <ahmad@alawnv.com>                                    Mon, Jun 2, 2025 at 12:38 PM
To: "Liddell, Lindsay L" <lliddell@da.washoecounty.gov>
Cc: "Price, Brandon" <brprice@da.washoecounty.gov>, "Larkin, Stephanie" <slarkin@da.washoecounty.gov>, Admin Ahmad
<admin@alawnv.com>

Hey Lindsay,
Per our conversation, I have attached a proposed Stipulation for the new dates. I included a new date for my response.
Please let me know if you have any questions.

Hawah
[Quoted text hidden]
--
Hawah S. Ahmad, Esq.
Ahmad Law PLLC

Notice of Confidentiality. This message is intended to be confidential and directed only to the person/entity as
addressed above. Furthermore, the contents of this message and any attachments hereto may be subject to the
attorney-client privilege and/or work product doctrine and should not be disclosed to other parties or
distributed or copied in any way. Any unauthorized use, distribution or copying of this communication is strictly
prohibited. If you have received this message by error, please reply by e-mail to inform us and delete any copies
from your hard drive. Thank you.

---

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SETTING BRIEFING
SCHEDULE (First Request).docx**
73K

---

**Liddell, Lindsay L** <lliddell@da.washoecounty.gov>                          Tue, Jun 3, 2025 at 9:43 AM
To: Hawah Ahmad <ahmad@alawnv.com>
Cc: "Price, Brandon" <brprice@da.washoecounty.gov>, "Larkin, Stephanie" <slarkin@da.washoecounty.gov>, Admin Ahmad
<admin@alawnv.com>

Thank you so much for this. I approve the draft. Would you like us to file it, or do you want to have your office file it because it has
your pleading paper?

[Quoted text hidden]

---

**Hawah Ahmad** <ahmad@alawnv.com>                                    Tue, Jun 3, 2025 at 9:54 AM
To: "Liddell, Lindsay L" <lliddell@da.washoecounty.gov>
Cc: "Price, Brandon" <brprice@da.washoecounty.gov>, "Larkin, Stephanie" <slarkin@da.washoecounty.gov>, Admin Ahmad
<admin@alawnv.com>

We will file it now.
[Quoted text hidden]

---

**Hawah Ahmad** <ahmad@alawnv.com>                                    Tue, Jun 3, 2025 at 10:03 AM
To: "Liddell, Lindsay L" <lliddell@da.washoecounty.gov>
Cc: "Price, Brandon" <brprice@da.washoecounty.gov>, "Larkin, Stephanie" <slarkin@da.washoecounty.gov>, Admin Ahmad
<admin@alawnv.com>

Please see the attached.
[Quoted text hidden]

---

 **Stipulation and Order.pdf**
355K

---

**Liddell, Lindsay L** <lliddell@da.washoecounty.gov>                          Tue, Jun 3, 2025 at 10:05 AM
To: Hawah Ahmad <ahmad@alawnv.com>

Cc: "Price, Brandon" <brprice@da.washoecounty.gov>, "Larkin, Stephanie" <slarkin@da.washoecounty.gov>, Admin Ahmad <admin@alawnv.com>

THANK YOU!! I really really appreciate it.



**Lindsay L. Liddell**

**Deputy District Attorney**

**District Attorney's Office**

lliddell@da.washoecounty.gov | O: 775-337-5714

One South Sierra Street, Reno, NV 89501



**CONFIDENTIAL:** This e-mail, including any attachments, is intended only for the person or entity to which it is addressed.  This e-mail may contain confidential information, proprietary information, and/or information which is protected by the attorney-client privilege or work product doctrine.  The unauthorized review, use, forwarding, printing, copying, disclosure, or distribution of this e-mail is strictly prohibited.  If you are not the intended recipient or have reason to believe you are not authorized to receive this e-mail, please promptly delete this message and notify the sender.

**From:** Hawah Ahmad <ahmad@alawnv.com>
**Sent:** Tuesday, June 3, 2025 10:04 AM
**To:** Liddell, Lindsay L <lliddell@da.washoecounty.gov>
**Cc:** Price, Brandon <brprice@da.washoecounty.gov>; Larkin, Stephanie <slarkin@da.washoecounty.gov>; Admin Ahmad <admin@alawnv.com>
**Subject:** Re: Burgess v. Washoe County

[Quoted text hidden]

 Gmail                                       **Hawah Ahmad <ahmad@alawnv.com>**

## References for Burgess
2 messages

**Hawah Ahmad** <ahmad@alawnv.com>                           Thu, Jul 3, 2025 at 9:16 AM
To: "Liddell, Lindsay L" <lliddell@da.washoecounty.gov>
Cc: "Price, Brandon" <brprice@da.washoecounty.gov>, "Larkin, Stephanie" <slarkin@da.washoecounty.gov>, Admin Ahmad <admin@alawnv.com>

Good morning,

I hope this email finds you well. I was recently made aware that Ms. Burgess, in addition to a few other employees, have been applying for jobs. One of the former elections workers (not Ms. Burgess) had proceeded through multiple interviews and was called by the interviewer and informed she did not get the position and "was sorry for what she went through at Washoe County". This took place after the prospective employer called Washoe County to confirm she had worked there.

As such, I am very concerned that county staff are disclosing more information than is required under law in an attempt to blacklist individuals who previously worked in Washoe County's Registrar of Voters Office. Who should be the point of contact for references for future employment during Ms. Burgess' pending litigation?

Thank you,

Hawah S. Ahmad

---

**Price, Brandon** <brprice@da.washoecounty.gov>                 Mon, Jul 7, 2025 at 1:50 PM
To: Hawah Ahmad <ahmad@alawnv.com>, "Liddell, Lindsay L" <lliddell@da.washoecounty.gov>
Cc: "Larkin, Stephanie" <slarkin@da.washoecounty.gov>, Admin Ahmad <admin@alawnv.com>

Good afternoon, Hawah.  Thank you for your email.  I discussed the concerns with our clients.  Your assumption that County staff is blacklisting individuals who previously worked at the Registrar of Voters Office, which appears to be based entirely on hearsay comments, is inaccurate/unfounded.

As for the County's point of contact for prospective employers of your client, please have Ms. Burgess direct inquiries to Human Resources Manager, Cole McBride, at cmcbride@washoecounty.gov or 775-328-2093.

Regards,

Brandon

    **Brandon Price**

**Deputy District Attorney**

**Washoe County District Attorney**

brprice@da.washoecounty.gov

Office: 775.337.5700

One S. Sierra St. 4th Floor, Reno, NV 89501

**Justice First, People Always**



NOTICE: This e-mail, including any attachments, is intended only for the person or entity to which it is addressed.  This e-mail may contain confidential information, proprietary information, and/or information which is protected by the attorney-client privilege or work product doctrine.  The unauthorized review, use, forwarding, printing, copying, disclosure, or distribution of this e-mail is strictly prohibited.  If you are not the intended recipient or have reason to believe you are not authorized to receive this e-mail, please promptly delete this message and notify the sender.

[Quoted text hidden]