# Exhibit 2

**E-MAIL TO MS. BURGESS RE: TERMINATION**

# Exhibit 2

 **Gmail**                                                                    Hawah Ahmad <ahmad@alawnv.com>

## Private and Confidential: Employment Matter

**Hurley, Patricia** <PHurley@washoecounty.gov>                              Wed, Feb 12, 2025 at 11:18 AM
To: Cari Burgess <cjbkeall@msn.com>
Cc: Hawah Ahmad <Ahmad@alawnv.com>

Ms. Burgess,


Please find attached correspondence regarding your employment.  Thank you, Patricia


    **Patricia Hurley**

**Director | Department of Human Resources**

phurley@washoecounty.gov| Office: 775.328.2087 | Fax: 775.328.6119

1001 E. Ninth St., Bldg. A, Reno, NV 89512

Office Hours: Monday-Friday | 8:00am-5:00pm



---

 **CAB Term Letter.pdf**
258K