# Exhibit 3

**PUBLIC RECORDS REQUEST AND EMAIL TO CHIEF DEPUTY DISTRICT ATTORNEY NATHAN EDWARDS**

# Exhibit 3



Notice
We are proactively implementing preventative security measures for certain users. As a result, some users might have trouble logging in. Please follow the standard password reset procedure in NextRequest. You may need to also clear your browser cache before following the reset procedure.
We appreciate your patience and partnership.

✖

Skip to main content

Washoe County, NV

NextRequest

# Request 26-990 📂 Open

## Dates

**Received**

April 09, 2026 via web

## Staff assigned

**Departments**

District Attorney

Manager's Office - County Commission

**Point of contact**
Mike Large

## Request

Email from Michael Large to Michael Clark with Kate Thomas and Nathan Edwards cc'ed on it titled Attorney Client Privileged Communication that discusses what attorney client privilege is, but is not actually attorney-client privilege. The email was sent on 12/4/2025.

**Timeline**    Documents

🏛 **Department assignment**    Anyone with access to this request

Added: Manager's Office - County Commission.

April 10, 2026, 7:57am by Staff

🏛 **Department assignment**    Anyone with access to this request

District Attorney

April 9, 2026, 8:42pm by the requester

📂 **Request opened**    Anyone with access to this request

Request received via web

April 9, 2026, 8:42pm by the requester

**FAQS**
**Help**
**Privacy**
**Terms**
**Washoe County**

CIVICPLUS
NextRequest



Notice

We are proactively implementing preventative security measures for certain users. As a result, some users might have trouble logging in. Please follow the standard password reset procedure in NextRequest. You may need to also clear your browser cache before following the reset procedure.

We appreciate your patience and partnership.

✖

Skip to main content

Washoe County, NV

NextRequest

# Request 26-989 📂 Open

## Dates

**Received**

April 09, 2026 via web

## Staff assigned

**Departments**

District Attorney

**Point of contact**

Mike Large

## Request

Washoe County District Attorney's Office Civil Division Structure from 2025-2026. Specifically, who has been Lindsay L Liddell's supervisor from September 2024- Present. Additionally, please provide a link to all calendar entries of meetings regarding Cari Ann Burgess for Michael Large, Brandon Price, Elizabeth Hickman, and Lindsay L. Liddell from January 1, 2024 to Present.

### Timeline    Documents

🏛 **Department assignment**    Anyone with access to this request

District Attorney

April 9, 2026, 8:34pm by the requester

📂 **Request opened**    Anyone with access to this request

Request received via web

April 9, 2026, 8:34pm by the requester

**FAQS**
**Help**
**Privacy**
**Terms**
**Washoe County**

CIVICPLUS
NextRequest

 **Gmail**

**Hawah Ahmad <ahmad@alawnv.com>**

## Public Records
2 messages

---

**Hawah Ahmad** <ahmad@alawnv.com>                                      Tue, Apr 14, 2026 at 1:04 PM
To: "Edwards, Nathan" <nedwards@da.washoecounty.gov>
Cc: Morgan Biaselli <morgan@alawnv.com>, Angie Pena <admin@alawnv.com>

Mr. Edwards,

I hope this email finds you well.

I submitted two public records requests based on your office's affidavits in the Burgess matter. I was advised that the requested records will not be available until May 11, 2026. That delay is unacceptable. Request 26-989 should be immediately accessible, and Request 26-990 has already become a serious and time sensitive issue.

I am particularly troubled that Mike Large has been assigned to these requests given the nature of recent communications, which raise significant concerns regarding coercion, interference, and the integrity of this process.

I have instructed my client that all further communications concerning Request 26-990, including those relating to the email at issue, must be directed solely to me. Any attempt to communicate with my client outside of counsel on this matter (only) will be considered improper and will be addressed accordingly.

To be clear, Mr. Clark has an unequivocal right to seek legal advice regarding the scope of attorney-client privilege. Any suggestion otherwise is improper. That right cannot and will not be used as a pretext to withhold information to which he is entitled in his capacity as an elected official. As stated in prior pleadings, Mr. Clark does not discuss the substance of his communications with the county with me. The only information conveyed to me is that the Burgess matter arose in private briefings between him, Mr. Large, and Ms. Thomas, and nothing more.

Please confirm immediately whether you are available to discuss. This matter is escalating and demands prompt attention.

Hawah

--
Hawah S. Ahmad, Esq.
Ahmad Law PLLC

***Please Note: Please "cc" all emails to admin@alawnv.com.***

<u>Notice of Confidentiality</u>. This message is intended to be confidential and directed only to the person/entity as addressed above. Furthermore, the contents of this message and any attachments hereto may be subject to the attorney-client privilege and/or work product doctrine and should not be disclosed to other parties or distributed or copied in any way. Any unauthorized use, distribution or copying of this communication is strictly prohibited. If you have received this message by error, please reply by e-mail to inform us and delete any copies from your hard drive. Thank you.

---

**Edwards, Nathan** <nedwards@da.washoecounty.gov>                          Wed, Apr 15, 2026 at 10:59 AM
To: Hawah Ahmad <ahmad@alawnv.com>

Good morning.  We are conferring on this internally.  I'm not sure we will end up agreeing with your arguments on these issues, but I can let you know when we have concluded our review.



**Nathan J. Edwards**
**Assistant District Attorney**
**District Attorney's Office – Civil Division**
nedwards@da.washoecounty.gov | Office: 775.337.5700
One South Sierra Street, Reno, NV 89501

---

**From:** Hawah Ahmad <ahmad@alawnv.com>
**Sent:** Tuesday, April 14, 2026 1:04 PM
**To:** Edwards, Nathan <nedwards@da.washoecounty.gov>
**Cc:** Morgan Biaselli <morgan@alawnv.com>; Angie Pena <admin@alawnv.com>
**Subject:** Public Records

[Quoted text hidden]