HAWAH S. AHMAD Esq.
Nevada State Bar No. 16374
AHMADLAW
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
Telephone: (775) 234-8760
Ahmad@alawnv.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARI-ANN P. BURGESS,

      Plaintiff,

      vs.

WASHOE COUNTY, a political Subdivision
of the State of Nevada, ROES I through X, and
Does 1 through 10, inclusive,

      Defendant.        /

Case No. 3:25-cv-00065-NJK

**<u>PLAINTIFF'S ERRATA TO REPLY IN
SUPPORT OF MOTION TO
DISQUALIFY THE WASHOE COUNTY
DISTRICT ATTORNEY'S OFFICE
(ECF NO. 60)</u>**

Plaintiff, CARI-ANN BURGESS ("Plaintiff" or "Ms. Burgess"), by and through her counsel, Hawah S. Ahmad, Esq. of AhmadLaw, and hereby respectfully submits this Errata to correct a clerical error in Plaintiff's Reply in Support of Motion to Disqualify the Washoe County District Attorney's Office (ECF No. 60) filed April 16, 2026.

The name "Kate" was used erroneously in reference to Deputy District Attorney Hickman in two locations. The correct given name for Deputy District Attorney Hickman is "Elizabeth." The specific corrections are as follows:

1. ECF No. 60, page 2: "Deputy District Attorney Kate Hickman ('Ms. Hickman')" is replaced with "Deputy District Attorney Elizabeth Hickman ('Ms. Hickman')"

2. ECF No. 60-4, paragraph 38: "Deputy District Attorney Kate Hickman" is replaced with "Deputy District Attorney Elizabeth Hickman"

1

All other references to "Ms. Hickman" in ECF No. 60 are unaffected. These corrections do not alter the substance, arguments, or legal citations in the filing.

**AFFIRMATION**

Affirmation pursuant to NRS 239B.030, the undersigned declares that this document does not contain the personal information of any person as defined by NRS 603A.040.

Dated this 17th day of April 2026.

AHMADLAW

  //s//Hawah S. Ahmad_____
HAWAH S. AHMAD, ESQ.
300 S. Arlington Avenue, Ste. B
Reno, NV 89501
(775) 234-8670
ahmad@alawnv.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of AhmadLaw, and am over the age of eighteen (18), and that on the date set forth below, I served a true copy of:

**PLAINTIFF'S ERRATA TO REPLY IN SUPPORT OF MOTION TO DISQUALIFY THE WASHOE COUNTY DISTRICT ATTORNEY'S OFFICE (ECF NO 60)**

on the party below by:

X    Electronic Service via e-filing to:
Chris Hicks, Washoe County District Attorney
Lindsay S. Liddell, Deputy District Attorney
One South Sierra Street
Reno, Nevada 89501
lliddell@da.washoecounty.gov
(775) 337-5700

_    E-Mail to

DATED 17th day of April 2026.

    //s// *Aaron Palm*
    Employee of AhmadLaw

**AHMADLAW**
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
(775) 234-8760

2

<u>Exhibit Index</u>

| Exhibit 1 | Corrected Plaintiff's Reply in Support of Motion to Disqualify the Washoe County District Attorney's Office | 14 |
|-----------|-----------------------------------------------------------------------------------------------------------|----|
| Exhibit 2 | Corrected Declaration of Hawah S. Ahmad, Esq. | 6 |

**AHMADLAW**
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
(775) 234-8760

3