HAWAH S. AHMAD, ESQ.
Nevada State Bar No. 16374
AHMADLAW
300 S. Arlington Avenue, Ste. B
Reno, Nevada 85901
Telephone: (775) 234-8760
Ahmad@alawnv.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARI-ANN P. BURGESS,<br>        Plaintiff, | Case No. 3:25-cv-00065−NJK |
| Vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE SECOND AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE** |
| WASHOE COUNTY, a political Subdivision of the State of Nevada, ROES I through X, and Does 1 through 10, inclusive,<br>        Defendants.<br>_____/ | **(FIRST REQUEST)** |

Plaintiff, CARI-ANN P. BURGESS ("Plaintiff" or "Ms. Burgess") and Defendant, Washoe County ("Defendant" or "County"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1.      Pursuant to the Order Granting Motion to Dismiss; Denying as moot Motion to Strike, (ECF No. 63), a second amended complaint must be filed by **July 1, 2026**.

2.      Good cause exists to extend the deadline to file a second amended complaint due to Plaintiff's counsel being currently pregnant with an expected due date of June 27, 2026, being a solo-practitioner, and Plaintiff's counsel's expected maternity leave following her June 27, 2026, due date. Based on this good cause, the parties agree that additional time should be granted to file Plaintiff's Second Amended Complaint as follows.

1

**AHMADLAW**
300 S. Arlington Avenue, Ste B
Reno, Nevada 85901
(775) 234-8760

3. Plaintiff shall have until **August 15, 2026** to file her Second Amended Complaint in United States District Court, District of Nevada, service shall be effectuated on or before August 15, 2026.

4. Pursuant to Fed. R. Civ. P. 81(c)(2), the deadline for Defendant to answer or otherwise respond to Plaintiff's Second Amended Complaint is September 5, 2026.

5. The Parties agree, stipulate, and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Second Amended Complaint by thirty-one (31) days, making the deadline to answer or otherwise respond **September 15, 2026**.

6. The Parties further agree, stipulate, and respectfully request that the Court set the following deadlines for responses to motions to dismiss and replies in support of any such motions:

a. Plaintiff's responses to Defendant's motions or pleadings will be filed by **September 29, 2026**; and

b. Defendant's replies in support of any motions will be filed by **October 6, 2026**.

7. The extension is necessary to provide Plaintiff's counsel sufficient time to prepare and file the Second Amended Complaint and for Defendant's counsel to review the Second Amended Complaint and prepare responsive pleadings and/or motions.

\\\

\\\

\\\

\\\

\\\

\\\

\\\

8.    This is the first stipulation for an extension of the time to file a second amended complaint and for the corresponding response deadlines. However, the parties previously stipulated an extended briefing schedule with regard to Plaintiff's First Amended Complaint (ECF No. 13) in this matter.

**IT IS SO STIPULATED**.

Dated this 17th day of June 2026.

AHMADLAW

//s// Hawah S. Ahmad
HAWAH S. AHMAD, ESQ.
300 S. Arlington Avenue, Ste. B
Reno, NV 89501
(775) 234-8760
ahmad@alawnv.com
*Attorney for Plaintiff*

Dated this 17th day of June 2026.

WASHOE COUNTY

 /s/ Lindsay Liddell
LINDSAY L. LIDDELL, ESQ.
Deputy District Attorney
District Attorney's Office
One South Sierra Street
Reno, NV 89501
(775) 337-5714
lliddell@da.washoecounty.gov
*Attorney for Defendant*

**IT IS SO ORDERED**.

DATED: June 18, 2026

_____
UNITED STATES MAGISTRATE JUDGE

**AHMADLAW**
300 S. Arlington Avenue, Ste B
Reno, Nevada 85901
(775) 234-8760

3