# EXHIBIT 3

Notice of Right to Sue from the EEOC's Los Angeles District Office
on March 21, 2025

EXHIBIT 3

U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Washington, DC 20530*

March 21, 2025

Mrs. Cari-Anne A. Burgess
c/o Hawah Ahmad, Esquire
Law Office of Hawah Ahmad
300 S. Arlington Ave., Ste. B
Reno, NV 89501

Re: EEOC Charge Against Washoe County, et al.
No. 550202501228

Dear Mrs. Burgess:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under: Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., and, Title V, Section 503 of the Act, 42 U.S.C. 12203.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC San Francisco District Office, San Francisco, CA.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Complaint Referral Unit
Employment Litigation Section
Civil Rights Division

cc: San Francisco District Office, EEOC
Washoe County, et al.