LINDSAY L. LIDDELL
Deputy District Attorney
Nevada State Bar Number 14079
One South Sierra Street
Reno, NV 89501
lliddell@da.washoecounty.gov
(775) 337-5700
ATTORNEY FOR WASHOE COUNTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

CARI-ANN P. BURGESS,

Plaintiff,

vs.

WASHOE COUNTY,

Defendant.

________________________________________/

Case No. 3:25-cv-00065-NJK

**MOTION TO EXCEED PAGE LIMIT REGARDING MOTION TO DISMISS SAC**

Defendant Washoe County (the "County") hereby files their Motion to Exceed Page Limit regarding its Motion to Dismiss Plaintiff's Second Amended Complaint ("SAC"). This Motion is based upon the following memorandum of points and authorities and the attached declaration of Deputy District Attorney Lindsay Liddell.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Local Rule of Practice for the United States District Court for the District of Nevada LR 7-3(a) provides that motions are limited to 24 pages, excluding exhibits. *See* LR 7-3(b). Further, pursuant to LR 7-3(c), a motion to file brief exceeding these pages limits will only be granted on a showing of good cause. This Motion is timely filed before expiration of County Defendants' deadline. *See* (ECF No. 65).

Here, good cause exists to allow the County to exceed the 24-page limitation for the Motion to Dismiss, in an amount of five (5) pages, which would allow for a twenty-nine (29)-paged Motion to Dismiss. Ex. 1 at ¶¶2–4. The SAC is sixty-two (62) pages in length,

excluding exhibits. (ECF No. 66). There are approximately 40 additional pages in SAC exhibits. The SAC alleges fourteen (14) different causes of action, expanding from eleven (11) claims alleged in the First Amended Complaint. *See id.*; (ECF No. 10). Additionally, the SAC includes new theories within existing claims, extending from "actually disabled" to include "regarded as disabled," and "record of disability" within the ADAAA discrimination claim. (ECF No. 66 at pp. 31–33). The SAC also attempts in part to resurrect dismissed claims by simply omitting or altering unfavorable allegations plead in the First Amended Complaint, which requires additional legal analysis and argument. Overall, five (5) additional pages are necessary to allow for at least minimal analysis and discussion of all 14 SAC claims and their sub-theories.

The County is extremely mindful of the Court's page limits. Certain sections of the Motion contain only minimal legal authority or case comparisons so as to limit excessive pages. However, if the Court wishes to review additional briefing on any argument raised in the Motion, County Defendants respectfully request that the Court provide the parties with an opportunity to do so in additional briefing. Notwithstanding, the five additional pages requested in the instant Motion are needed to provide the threshold legal authority and analysis for the County's dismissal arguments for all 14 claims. Ex. 1 at ¶¶2–4.

Based on the foregoing, Washoe County respectfully request that the Court grant this Motion to Exceed Page Limit, allowing the County an additional five (5) pages, not including the table of contents or table of authorities, for its Motion to Dismiss the Second Amended Complaint.

Dated this 14th day of September 2026.

By /s/ Lindsay L. Liddell

LINDSAY L. LIDDELL
Deputy District Attorney
One South Sierra Street
Reno, NV 89501
lliddell@da.washoecounty.gov
(775) 337-5700

ATTORNEY FOR WASHOE COUNTY

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, the foregoing was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

HAWAH SAFA AHMAD

Dated this 14th day of September, 2026.

By /s/ S. Haldeman
S. Haldeman

EXHIBIT INDEX

| | | |
|---|---|---|
| EXHIBIT 1 | Declaration of Lindsay L. Liddell | 2 pages |