EEOC No. 550-2025-01228 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| **CHARGE PRESENTED TO:** | **AGENCY CHARGE NO.** |
|---|---|
| EEOC | 550-2025-01228 |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Mrs. Cari-Anne A. Burgess

Phone No.: 218-244-5070

Year of Birth: 1977

Mailing Address: 1201 Firefly Court

Reno, NV 89523

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Washoe County

No. Employees, Members: 501+ Employees

Phone No.: 775-328-2000

Mailing Address: 1001 E. Ninth Street

Reno, NV 89512, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Retaliation

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 10/06/2024

Latest: 02/20/2025

Continuing Action

THE PARTICULARS ARE:

On 10/4/25, the County started an investigation on Ms. Burgess for asking to return to work. On October 31, 2024, Ms. Burgess was placed on administrative leave and not told because she exercised her first amendment right. Her pay was impacted as she was not reimbursed her sick/vacation pay expended when she was forced on personal leave (see previous EEOC charge). Washoe County disclosed to media that she was under investigation. Ms. Burgess was one of 4 people who interviewed for the Registrar of Voters position and was the only one not to move forward, immediately after her interview due to the previously pending EEOC charge. County officials then placed her into an investigation without a formal complaint and did not follow county protocols for an investigation on a Department Head. Instead, the county solicited staff to complain against Ms. Burgess to justify the complaint. The investigation was completed on 1/15/25 but information was not provided to Ms. Burgess until roughly a month later. The investigation did not look into her complaints against the county. The county appointed the new Registrar of Voters, and demoted Ms. Burgess to her previous position that was previously told was unavailable to her. They then terminated her the following day. Following her termination the District Attorney offered that they would entertain her resignation if she withdrew all claims (EEOC lawsuit filed, not served yet) without authorization to do so. In addition, the county staff keeps going to the elections folks and vendors to give Ms. Burgess bad referrals and make it impossible for her to work in elections and keeps telling the media about Ms. Burgess' confidential information and the lawsuit they have not been served with to defame her. The county also disclosed to the media that she was terminated simultaneously to sending her

termination notice in an attempt to defame her. The county continues to retaliate against Ms. Burgess for exercising her rights. Ms. Burgess' health insurance benefits, retirement, and pay have all been impacted by the county's actions, with a new reduction of wages as the new Registrar was hired at over $50,000 from her pay.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Mrs. Cari-Anne A. Burgess

02/20/2025

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

______________________________________________

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary________________________________________________________

Printed Name ____________________________________________________________

# CP ENCLOSURE WITH EEOC FORM 5 (06/24)

## PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).
2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.
3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.
4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.
5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.