# WASHOE COUNTY
## OFFICE OF THE COUNTY MANAGER

1001 E. 9th Street
Reno, Nevada 89512
Phone: (775) 328-2000
Fax: (775) 328-2491
www.washoecounty.gov

Date: October 4, 2024

To: Cari-Ann Burgess
Via email: cjbkeall@msn.com
From: Eric P. Brown, County Manager

Re: Leave Status of Cari-Ann Burgess

On September 23, 2024, you contacted the Nevada Secretary of State's office (SOS) and informed them that you were going to resign your position as Interim Registrar of Voters (ROV), move back to a deputy position, and allow your deputy Andrew McDonald to become the Interim ROV. During a conversation later that day, I informed you that you did not have authority to make that statement or to authorize the personnel move. You indicated that you were under a lot of stress. Knowing the scrutiny you are under as the Interim ROV in a swing state in a presidential election, I informed you that you could request, and would be given, paid leave so you could deal with these stressors. I asked you to give me a decision on September 24 and asked you not to discuss the matter with staff.

On September 24, 2024, at the end of the day, you gathered the ROV staff together and told them I was placing you on administrative leave because you fought too hard for the office and other departments were complaining about the department. You then proceeded to clear out your office in front of your team, adding to the disruption in an already stressed workplace. Due to your disregard of my instructions, which constitutes insubordination, you were told to report to Human Resources on September 25 at 8:00 am.

On September 25, 2024, you met with Human Resources Director Patricia Hurley and county legal counsel. You made a request for leave, which was approved. It was explained to you that this status would allow you to take care of the stress you said you were experiencing. You also indicated that you wanted to be demoted to your prior position of Deputy ROV. It was explained that wasn't going to happen during the pendency of the election because the team would look at you as lead. It would make operations confusing. It was determined that you would use your paid sick leave while you were out. After that, other forms of paid leave could be used, such as comp time and annual leave. You were informed that your status as a Washoe County employee would be reviewed after the general election was completed. You agreed to these terms as part of your request for leave.

On September 30, 2024, you submitted a letter from your health care provider stating that you were "cleared to return to work without restrictions on 10/07/2024." You also stated that you looked forward to coming back to work.

This was contrary to the arrangement that had been made when you requested leave. Due to the proximity of the general election, Washoe County will not revisit your leave status at this time. The Registrar's office has reorganized and reassigned duties to ensure a successful election. I have received reports about the disorganization and disarray of the Registrar's office as well as several other performance issues by you.

# WASHOE COUNTY
## OFFICE OF THE COUNTY MANAGER

1001 E. 9th Street
Reno, Nevada 89512
Phone: (775) 328-2000
Fax: (775) 328-2491
www.washoecounty.gov

These are some of the items that must be discussed prior to any consideration of your return to the Registrar's office.

- On September 26, it was reported that you informed members of the public that the ROV would place "unofficial drop boxes" in local churches where ballots could be collected. This is not authorized by law.
- On September 27, the Deputy ROV notified the SOS that the voter registration list maintenance had not been completed within the time frame required by law which is contrary to what you reported to County management. Of approximately 48,205 address verification cards that were mailed in June 2024, approximately 28,954 voters who did not return address verification cards were not designated as inactive by the statutory deadline.
- On September 23, you sent me an email stating that signature card mailings were flooding into the office and your staff had no answers for where they came from. However, previous email correspondence from you reveals that on August 22, you had approved the draft and the timing of the distribution of these cards sent out by the SOS. The result was no preparations were made to handle the response to the mailing resulting in much confusion by the public and your staff about the signature cards, causing press releases to be made after the fact.
- There are reports that your use of overtime is excessive. For pay period 20/2024, you coded 38 hours of overtime. For example, on September 12, you coded 8 hours of regular pay and 9.5 hours of overtime.

As previously stated, Washoe County will not revisit your leave status at this time. You have been insubordinate, and your ability to competently carry out your duties is in question. Washoe County will allow you to remain on paid leave until the completion of the general election, after which these issues will be reviewed and decisions about your continued employment will be determined.

If you decide to remain on paid leave, you are to refrain from speaking to the media, outside parties, Washoe County staff or Commissioners. You are directed not to make disparaging remarks about Washoe County to avoid any disruption to operations and to avoid having a detrimental impact on your coworkers. Any questions should be directed to Human Resources.

Sincerely,

Eric P. Brown
Washoe County Manager