**From:** Roseburrough, Mikeal
**To:** Alvarado, Maria
**Cc:** McDonald, Andrew P
**Subject:** RE: Runbeck REST Agreement
**Date:** Friday, November 15, 2024 9:30:29 AM
**Attachments:** REST Runbeck Agreement.pdf
image001.png
image002.png
image003.png
image004.png
image005.png

---

Hi Maria,

I hope this message finds you well.

I wanted to follow up on my previous email regarding the Runbeck R.E.S.T. agreement. We identified a few concerns that need to be addressed with the vendor:

1. **Signature Authority**: Cari-Ann does not have the authority to sign agreements on behalf of the county. Mark can sign the agreement once the necessary changes have been made.

2. **Section 11 of the Agreement**: We will need the vendor to add the following clause:
   - **11.1 Termination Without Cause**: This Agreement may be terminated for any reason by either party by giving the other party written notice of intent to terminate. The notice must specify the effective date of termination, which may not be less than 15 calendar days from the date of service of the notice. Only services satisfactorily performed up to the date of receipt of notice shall be compensated by the County, pursuant to the terms of this Agreement. If the County unilaterally terminates this agreement, the Contractor shall use its best efforts to minimize the cost to the County and will not be compensated for any avoidable costs.
   - **11.2 Termination by Non-appropriation**: The County may terminate its participation in this Agreement effective immediately by providing written notice if the County's funding source is not appropriated, withdrawn, limited, or impaired. The County will make reasonable efforts to ensure payment for services rendered by the Contractor. The Contractor shall agree to hold the County free from any charges or penalties except for those already incurred through the date of notice of cancellation.

Please let me know if you need any further clarification or assistance. Your prompt response would be greatly appreciated so we can proceed accordingly.

Thank you for your cooperation.

Best regards,

**Mike Roseburrough**
**Buyer |Comptroller's Department**
mroseburrough@washoecounty.gov | Office: 775.328.2283
1001 E. Ninth Street, Bldg. D, Reno, NV 89512
**Hours:**
Monday – Telecommuting 8:00am – 4:30pm
Tuesday – Telecommuting 8:00am – 4:30pm
Wednesday –Telecommuting 8:00am – 4:30pm
Thursday – In Office 8:00am – 4:30pm
Friday – In Office 8:00am – 4:30pm

---

**From:** Roseburrough, Mikeal
**Sent:** Thursday, October 24, 2024 10:56 AM
**To:** McDonald, Andrew P <AMcDonald@washoecounty.gov>; Raburu, Joy M. <jmraburu@washoecounty.gov>
**Subject:** Runbeck REST Agreement

Hi Joy,
I hope this finds you well.
After reviewing the Runbeck R.E.S.T. agreement, we identified a few concerns that need to be addressed with the vendor.

1. **Signature Authority**: Cari-Ann does not have the authority to sign agreements on behalf of the county. Mark can sign the agreement once the necessary changes have been made.

2. **Section 11 of the Agreement**: We will need the vendor to add the following clause:

**11.1 Termination Without Cause**: This Agreement may be terminated for any reason by either party by giving the other party written notice of intent to terminate. The notice must specify the effective date of termination, which may not be less than 15 calendar days from the date of service of the notice. Only services satisfactorily performed up to the date of receipt of notice shall be compensated by the County, pursuant to the terms of this Agreement. If the County unilaterally terminates this agreement, the Contractor shall use its best efforts to minimize the cost to the County and will not be compensated for any avoidable costs.
**11.2 Termination by Non-appropriation:** The County may terminate its participation in this Agreement effective immediately by providing written notice if the County's funding source is not appropriated, withdrawn, limited, or impaired. The County will make reasonable efforts to ensure payment for services rendered by the Contractor. The Contractor shall agree to hold the County free from any charges or penalties except for those already incurred through the date of notice of cancellation.

Runbeck.net

***Defending Democracy Since 1972***

*"This e-mail message (and any attaohment) is intended for the use of the individual or entity to whioh it is addressed. This message oontains information from Runbeok Eleotion Servioes, Ino. that may be privileged, oonfidential, or exempt from disolosure under applioable law. If you are not the intended reoipient or authorized to reoeive this for the intended reoipient, any use, dissemination, distribution, retention, arohiving, or oopying of this oommunioation is strictly prohibited. If you have reoeived this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all oomputers."*

---

**From:** Alvarado, Maria <MAlvarado@washoecounty.gov>
**Sent:** Monday, December 2, 2024 5:25 PM
**To:** Carol Armstrong <carmstrong@runbeck.net>
**Cc:** Vetter, Addison M. <amvetter@washoecounty.gov>; McDonald, Andrew P <AMcDonald@washoecounty.gov>; Haeberle, Alison K. <AHaeberle@washoecounty.gov>
**Subject:** RE: Washoe Cty, NV C001704 Sentio.pdf

Hi Carol,

Hope you had a great holiday week! I would like to follow up on the email below, if we need to connect with a different staff member, please let us know. We would also like to acknowledge receipt of the attached two invoices.

Thank you.

<image005.png>
**Maria E. Alvarado**
**Administrative Assistant I | Registrar of Voters**
malvarado@washoecounty.gov | Direct: 775.541.8933
1001 E. Ninth St., Bldg. A, Reno, NV 89512
<image006.png>

---

**From:** Alvarado, Maria <MAlvarado@washoecounty.gov>
**Sent:** Friday, November 15, 2024 11:00 AM
**To:** carmstrong@runbeck.net
**Cc:** Vetter, Addison M. <amvetter@washoecounty.gov>; McDonald, Andrew P <AMcDonald@washoecounty.gov>; Haeberle, Alison K. <AHaeberle@washoecounty.gov>
**Subject:** RE: Washoe Cty, NV C001704 Sentio.pdf

Hi Carol,

Great to virtually meet you – I look forward to working with you. We'd like to share our Comptroller's Office identified a few concerns that need to be addressed regarding the Runbeck R.E.S.T. agreement. With the transition of duties and internal personnel, we would like to extend our sincere apologies for the errors in advance, please see the concerns below:

1. **Signature Authority:** Cari-Ann does not have the authority to sign agreements on behalf of the county. Mark can sign the agreement once the necessary changes have been made.

2. **Section 11 of the Agreement:** We will need the vendor to add the following clause:
    - **11.1 Termination Without Cause:** This Agreement may be terminated for any reason by either party by giving the other party written notice of intent to terminate. The notice must specify the effective date of termination, which may not be less than 15 calendar days from the date of service of the notice. Only services satisfactorily performed up to the date of receipt of notice shall be compensated by the County, pursuant to the terms of this Agreement. If the County unilaterally terminates this agreement, the Contractor shall use its best efforts to minimize the cost to the County and will not be compensated for any avoidable costs.
    - **11.2 Termination by Non-appropriation:** The County may terminate its participation in this Agreement effective immediately by providing written notice if the County's funding source is not appropriated, withdrawn, limited, or impaired. The County will make reasonable efforts to ensure payment for services rendered by the Contractor. The Contractor shall agree to hold the County free from any charges or penalties except for those already incurred through the date of notice of cancellation.

If you have any questions or would like to hop on a call, please let us know.
Thank you.

<image005.png>
**Maria E. Alvarado**
**Administrative Assistant I | Registrar of Voters**
malvarado@washoecounty.gov | Direct: 775.541.8933
1001 E. Ninth St., Bldg. A, Reno, NV 89512
<image006.png>

---

**From:** Raburu, Joy M. <JMRaburu@washoecounty.gov>
**Sent:** Thursday, November 14, 2024 3:44 PM
**To:** Alvarado, Maria <MAlvarado@washoecounty.gov>
**Cc:** Vetter, Addison M. <amvetter@washoecounty.gov>; carmstrong@runbeck.net; McDonald, Andrew P <AMcDonald@washoecounty.gov>; Haeberle, Alison K. <AHaeberle@washoecounty.gov>
**Subject:** FW: Washoe Cty, NV C001704 Sentio.pdf

Hi Carol,

Please forward all invoices to @Alvarado, Maria, who has now taken over my duties at Registrar of Voters.

Thanks.

Joy Raburu, Eligibility Certification Specialist II
Senior Services | Human Services Agency
jmraburu@washoecounty.gov | Office: 775.420-8523
1155 E 9th St, Reno, NV 89512

---

**From:** Carol Armstrong <carmstrong@runbeck.net>
**Sent:** Wednesday, November 13, 2024 1:16 PM
**To:** Vetter, Addison M. <amvetter@washoecounty.gov>
**Cc:** Raburu, Joy M. <JMRaburu@washoecounty.gov>; Invoices <invoices@runbeck.net>; Sonia Galloway <sgalloway@runbeck.net>
**Subject:** Washoe Cty, NV C001704 Sentio.pdf

Attached please find your invoice referenced above. Please do not hesitate to contact me if you have any questions.

Have a wonderful day!

Carol Armstrong
Senior Accounts Receivable Specialist

Office: 480-455-1032 |
Fax: 602-437-1411
2800 S. 36th Street
Phoenix, AZ 85034
Runbeck.net

<image015.png>

<image016.png>

<image017.png>

***Defending Democracy Since 1972***

*"This e-mail message (and any attaohment) is intended for the use of the individual or entity to whioh it is addressed. This message oontains information from Runbeok Eleotion Servioes, Ino. that may be privileged, oonfidential, or exempt from disolosure under applioable law. If you are not the intended reoipient or authorized to reoeive this for the intended reoipient, any use, dissemination, distribution, retention, arohiving, or oopying of this oommunioation is striotly prohibited. If you have reoeived this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all oomputers."*

This e-mail message (and any attachment) is intended for the use of the individual or entity to which it is addressed. This message contains information from Runbeck Election Services, LLC. that may be privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive this for the intended recipient, any use, dissemination, distribution, retention, archiving, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all computers.
This e-mail message (and any attachment) is intended for the use of the individual or entity to which it is addressed. This message contains information from Runbeck Election Services, LLC. that may be privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive this for the intended recipient, any use, dissemination, distribution, retention, archiving, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all computers.
This e-mail message (and any attachment) is intended for the use of the individual or entity to which it is addressed. This message contains information from Runbeck Election Services, LLC. that may be privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive this for the intended recipient, any use, dissemination, distribution, retention, archiving, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all computers.

This e-mail message (and any attachment) is intended for the use of the individual or entity to which it is addressed. This message contains information from Runbeck Election Services, LLC. that may be privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive this for the intended recipient, any use, dissemination, distribution, retention, archiving, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all computers.

**Runbeck Election Services, LLC**

| | |
|---|---|
| **Date:** | 11/30/2024 |
| **Account:** | WASHOENV |
| **Page:** | 1 |

**REMIT TO:**
RUNBECK ELECTION SERVICES
2800 S. 36TH STREET
PHOENIX, AZ 85034

| **Amount Paid:** |
|---|
| |

**WASHOE COUNTY REGISTRAR OF VOTERS**

**1001 E 9TH ST, STE A135**
**RENO NV 89512**

**Credit Limit: Unlimited**
**Payment Terms: NET 30**

*^Please return this portion with your payment^*

| Document No. | Date | Code | Description | Invoice | Payment | Balance |
|---|---|---|---|---|---|---|
| 002032 | 11/21/2024 | SLS | 002032 | $1,250.00 | | $1,250.00 |
| 247787 | 10/1/2024 | SLS | 231652.01 | $115,250.16 | | $116,500.16 |
| PYMNT000000007654 | 10/24/2024 | PMT | Applied: 247787 | | $115,250.16 | $1,250.00 |
| 247909 | 10/15/2024 | SLS | 231652.1 | $137,835.11 | | $139,085.11 |
| PYMNT000000007748 | 11/7/2024 | PMT | Applied: 247909 | | $137,835.11 | $1,250.00 |
| 248034 | 10/31/2024 | SLS | 231652.23 | $16,460.68 | | $17,710.68 |
| 248133 | 11/25/2024 | SLS | PackeTrack Service | $21,796.98 | | $39,507.66 |
| C001638 | 9/11/2024 | SLS | C001638 | $15,000.00 | | $54,507.66 |
| C001639 | 9/11/2024 | SLS | C001639 | $18,500.00 | | $73,007.66 |
| C001703 | 11/13/2024 | SLS | C001703 | $47,380.00 | | $120,387.66 |
| C001704 | 11/13/2024 | SLS | C001704 | $2,000.00 | | $122,387.66 |
| C001713 | 11/18/2024 | SLS | C001713 | $5,000.00 | | $127,387.66 |

THANK YOU FOR BEING OUR ELECTIONS PARTNER!

| | |
|---|---|
| **Amount Due:** | **$127,387.66** |
| **Minimum Payment:** | **$0.00** |

| Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | _ | _ | _ |
|---|---|---|---|---|---|---|
| $93,887.66 | $0.00 | $33,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Codes:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SLS | = | Sales / Invoices | FIN | = | Finance Charges | CR | = | Credit Memos |
| SCH | = | Scheduled Payments | SVC | = | Service / Repairs | RTN | = | Returns |
| DR | = | Debit Memos | WRN | = | Warranties | PMT | = | Payments |