**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Cari-Ann P. Burgess,
Plaintiff(s),
v.
Washoe County,
Defendant(s).

Case No. 3:25-cv-00065-NJK

**Order**

[Docket No. 68]

Pending before the Court is Defendant's motion to exceed page limit regarding a motion to dismiss the second amended complaint. Docket No. 68. Plaintiffs filed a motion in opposition. Docket No. 69. This motion is properly resolved without a hearing. *See* Local Rule 78-1.

Defendants seek to exceed the 24-page limit for a motion to dismiss the second amended complaint in the amount of five pages. Docket No. 68. *See* Local Rule 7-3. The second amended complaint is sixty-two pages long with forty pages in exhibits and fourteen complex causes of action. Docket No. 66.

Accordingly, for good cause shown, the Court **GRANTS** Defendant's motion to exceed page limit in an amount of five extra pages. Docket No. 68.

IT IS SO ORDERED.

Dated: September 16, 2026

Nancy J. Koppe
United States Magistrate Judge