**DECLARATION OF HAWAH S. AHMAD, ESQ. IN SUPPORT OF MOTION TO EXCEED PAGE LIMIT**

I, Hawah S. Ahmad, being first duly sworn, deposes and says:

1. I am over the age of 18 and competent to testify to the matters stated herein.

2. I am a resident of Washoe County, Nevada.

3. I am a general jurisdiction attorney, in good standing, in the State of Nevada (NV. Bar No. 16374).

4. That I own AhmadLaw PLLC dba AhmadLaw and represent Plaintiff Cari-Ann Burgess in Case No. 3:25-cv-00065-NJK.

5. I am the drafting attorney for Plaintiff's Opposition to Defendant's Motion to Dismiss Second Amended Complaint (ECF No. 70).

6. Defendant's Motion is twenty-nine pages, exclusive of the twelve-page tables of authorities, eighteen pages of exhibits, eight footnotes that are substantive in nature, and contains several misquoted references to Plaintiff's Second Amended Complaint (ECF No. 66).

7. I believe that all items need to be adequately addressed and anticipate the Opposition will exceed page limits.

8. To err on the side of caution, I respectfully request that this Court grant Plaintiff leave to exceed the page limits by no more than ten (10) pages.

9. I take the Court's Minute Order in Chambers (ECF No. 56) and local rules seriously and file this motion significantly before the response due date, in compliance with local rules.

10. While I anticipate spending substantial time reducing the Oppositon to twenty-four pages, it is simply impossible to not address the misquoted citations, misquoted statements from the Second Amended Complaint and the substantive footnotes in a twenty-nine-page documents without exceeding page limits.

11. I have offered Defendant the opportunity to enter into a Stipulation to address the misquoted citations and re-file their Motion to Dismiss Second Amended Complaint.

12. I do not know if they will take me up on it.

13. If Defendant does correct the errors, and not alter the substance of their underlying motion, the full ten pages requested will not be required.

14. Good cause exists to exceed the page limits, not just based on the sheer volume of Defendant's Motion, but to adequately address Defendant's arguments against the fourteen claims for relief, misquoted and misrepresented citations that alter the meaning and analysis of the case's holding, footnotes that contain significant legal argument that must be replied to, and the Defendant's allegations that Plaintiff resurrect dismissed claims by simply omitting or altering unfavorable allegations plead in the First Amended Complaint.

15. I declare under the penalty of perjury under the laws of the State of Nevada that I am the declarant in the foregoing notice, that I have read the foregoing notice and know the contents thereof, and that the facts stated therein are true.

Dated this Sept 25, 2026.

Hawah Safa Ahmad

Hawah Ahmad, Esq.

# Declartion of Hawah S. Ahmad

Final Audit Report 2026-09-25

| | |
|---|---|
| Created: | 2026-09-25 |
| By: | Hawah Ahmad (ahmad@alawnv.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAGA2fsbKpsUgrY2O-gtJwodVtyrXfExqc |

## "Declartion of Hawah S. Ahmad" History

Document created by Hawah Ahmad (ahmad@alawnv.com)
2026-09-25 - 9:23:24 PM GMT

Document emailed to Hawah Ahmad (ahmad@alawnv.com) for signature
2026-09-25 - 9:23:28 PM GMT

Email viewed by Hawah Ahmad (ahmad@alawnv.com)
2026-09-25 - 9:23:44 PM GMT

Document e-signed by Hawah Ahmad (ahmad@alawnv.com)
Signature Date: 2026-09-25 - 9:23:58 PM GMT - Time Source: server - Signature Appearance Selected: IMAGE

Agreement completed.
2026-09-25 - 9:23:58 PM GMT