HAWAH S. AHMAD Esq.
Nevada State Bar No. 16374
Ahmad Law PLLC
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
Telephone: (775) 234-8760
Email: ahmad@alawnv.com
*Attorney for Plaintiff*

**AHMAD LAW PLLC**
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
(775) 234-8760

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARI-ANN P. BURGESS,

Plaintiff,

vs.

WASHOE COUNTY,

Defendant.

______________________________________/

Case No. 3:25-cv-00065-NJK

**NOTICE OF ERRATA TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT (ECF NO. 76)**

Plaintiff, CARI-ANN BURGESS ("Plaintiff" or "Ms. Burgess"), by and through her counsel, Hawah S. Ahmad, Esq. of AhmadLaw, hereby files this Notice of Errata to correct the following scrivener's errors in Plaintiff's Opposition to Defendant's Motion to Dismiss Second Amended Complaint (ECF No. 76) (the "Opposition").

The specific corrections are as follows:

1. Section III.B.1, page 8, footnote 5. The citation should read: "*Alley v. Anduril Indus., Inc.*, No. 8:23-cv-01793-JWH-KES, 2024 WL 4552139, at *2, *4 (C.D. Cal. Sept. 9, 2024)."

2. Section III.F, page 19, line 13. The citation following the sentence beginning "But the policy states that a pending investigation" should read: "ECF No. 66-6 at 3, 5."

**AHMAD LAW PLLC**
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
(775) 234-8760

3. Section III.F, page 19, footnote 11. "February 6, 2026" should read: "February 6, 2025."

4. Section III.I.2, page 29, line 14. The citation following the sentence "The October 4 directive is also an independent violation." should read: "ECF No. 66 ¶ 257."

//s// Hawah S. Ahmad______
Hawah S. Ahmad, Esq.
AHMAD LAW PLLC dba AhmadLaw
Nevada State Bar No. 16374
300 S. Arlington Avenue, Ste. B
Reno, NV 89501
(775) 234-8760
Ahmad@ALawNV.com
*Attorney for Plaintiff*

AHMAD LAW PLLC
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
(775) 234-8760

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of AhmadLaw, and am over the age of eighteen (18), and that on the date set forth below, I served a true copy of:

**NOTICE OF ERRATA TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT (ECF NO. 76)**

on the party below by:

X Electronic Service via e-filing to:
Chris Hicks, Washoe County District Attorney
Lindsay L. Liddell, Deputy District Attorney
One South Sierra Street
Reno, Nevada 89501
lliddell@da.washoecounty.gov
(775) 337-5700

DATED this 29th day of September 2026.

//s// ____Aaron Palm______
Employee of AhmadLaw

**AHMAD LAW PLLC**
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
(775) 234-8760

<u>Exhibit Index</u>

| **Exhibit** | **Title** | **Pages** |
|---|---|---|
| Exhibit 1 | Corrected Plaintiff's Opposition to Defendant's Motion to Dismiss Second Amended Complaint [ORAL ARGUMENT REQUESTED] | 36 |