# EXHIBIT 1

Contract Emails WC02579 to WC02597

EXHIBIT 1

**From:** Roseburrough, Mikeal
**To:** Alvarado, Maria
**Cc:** McDonald, Andrew P
**Subject:** RE: Runbeck REST Agreement
**Date:** Friday, November 15, 2024 9:30:29 AM
**Attachments:** REST Runbeck Agreement.pdf
image001.png
image002.png
image003.png
image004.png
image005.png

---

Hi Maria,

I hope this message finds you well.

I wanted to follow up on my previous email regarding the Runbeck R.E.S.T. agreement. We identified a few concerns that need to be addressed with the vendor:

1. **Signature Authority**: Cari-Ann does not have the authority to sign agreements on behalf of the county. Mark can sign the agreement once the necessary changes have been made.

2. **Section 11 of the Agreement**: We will need the vendor to add the following clause:
   - **11.1 Termination Without Cause**: This Agreement may be terminated for any reason by either party by giving the other party written notice of intent to terminate. The notice must specify the effective date of termination, which may not be less than 15 calendar days from the date of service of the notice. Only services satisfactorily performed up to the date of receipt of notice shall be compensated by the County, pursuant to the terms of this Agreement. If the County unilaterally terminates this agreement, the Contractor shall use its best efforts to minimize the cost to the County and will not be compensated for any avoidable costs.
   - **11.2 Termination by Non-appropriation**: The County may terminate its participation in this Agreement effective immediately by providing written notice if the County's funding source is not appropriated, withdrawn, limited, or impaired. The County will make reasonable efforts to ensure payment for services rendered by the Contractor. The Contractor shall agree to hold the County free from any charges or penalties except for those already incurred through the date of notice of cancellation.

Please let me know if you need any further clarification or assistance. Your prompt response would be greatly appreciated so we can proceed accordingly.

Thank you for your cooperation.

Best regards,

**Mike Roseburrough**
**Buyer |Comptroller's Department**
mroseburrough@washoecounty.gov | Office: 775.328.2283
1001 E. Ninth Street, Bldg. D, Reno, NV 89512
**Hours:**
Monday – Telecommuting 8:00am – 4:30pm
Tuesday – Telecommuting 8:00am – 4:30pm
Wednesday –Telecommuting 8:00am – 4:30pm
Thursday – In Office 8:00am – 4:30pm
Friday – In Office 8:00am – 4:30pm

---

**From:** Roseburrough, Mikeal
**Sent:** Thursday, October 24, 2024 10:56 AM
**To:** McDonald, Andrew P <AMcDonald@washoecounty.gov>; Raburu, Joy M. <jmraburu@washoecounty.gov>
**Subject:** Runbeck REST Agreement

Hi Joy,
I hope this finds you well.
After reviewing the Runbeck R.E.S.T. agreement, we identified a few concerns that need to be addressed with the vendor.

1. **Signature Authority**: Cari-Ann does not have the authority to sign agreements on behalf of the county. Mark can sign the agreement once the necessary changes have been made.

2. **Section 11 of the Agreement**: We will need the vendor to add the following clause:

**11.1 Termination Without Cause**: This Agreement may be terminated for any reason by either party by giving the other party written notice of intent to terminate. The notice must specify the effective date of termination, which may not be less than 15 calendar days from the date of service of the notice. Only services satisfactorily performed up to the date of receipt of notice shall be compensated by the County, pursuant to the terms of this Agreement. If the County unilaterally terminates this agreement, the Contractor shall use its best efforts to minimize the cost to the County and will not be compensated for any avoidable costs.
**11.2 Termination by Non-appropriation:** The County may terminate its participation in this Agreement effective immediately by providing written notice if the County's funding source is not appropriated, withdrawn, limited, or impaired. The County will make reasonable efforts to ensure payment for services rendered by the Contractor. The Contractor shall agree to hold the County free from any charges or penalties except for those already incurred through the date of notice of cancellation.

Please let us know if you need any further clarification or assistance.

Thank you,

**Mike Roseburrough**
**Buyer |Comptroller's Department**
mroseburrough@washoecounty.gov | Office: 775.328.2283
1001 E. Ninth Street, Bldg. D, Reno, NV 89512
**Hours:**
Monday – Telecommuting 8:00am – 4:30pm
Tuesday – Telecommuting 8:00am – 4:30pm
Wednesday –Telecommuting 8:00am – 4:30pm
Thursday – In Office 8:00am – 4:30pm
Friday – In Office 8:00am – 4:30pm

RUNBECK ELECTION SERVICES LLC

## AGREEMENT FOR THE SALE AND SUBSCRIPTION TO AN EMERGENCY SUPPORT SYSTEM

This AGREEMENT FOR THE SALE AND SUBSCRIPTION TO AN EMERGENCY SUPPORT SYSTEM (the "**Agreement**") is made as of the date that the last of the parties execute this Agreement (the "**Effective Date**") and entered into by and between Washoe County, a governmental entity, whose address for notice and other purposes contemplated by this Agreement is 1001 E. Ninth Street, Reno, NV 89512 ("**Customer**") and RUNBECK ELECTION SERVICES, LLC, an Arizona limited liability company, whose address is 2800 S. 36th Street, Phoenix, AZ 85034 ("**Runbeck**") (collectively, the "**Parties**" or individually, a "**Party**").

## RECITALS

A. Runbeck is an exclusive distributor for the manufacturer of the Emergency Support Technology system (the "**System**") (sometimes referred to herein as Runbeck Emergency Support Technology or R.E.S.T.), in the territory where the Customer is situated. The System consists of wearable badges ("**Units**") to allow election workers to call for emergency support, set-up and integration for use of the Units, and software technology to operate the System.

B. Runbeck is authorized by the manufacturer of the System to enter into this Agreement and offer the use of the System to Customer.

C. In connection with its elections responsibilities, Customer desires to access and use the System.

D. Runbeck desires to sell the System to Customer and grant a license for use of the System software to Customer on the terms and conditions set forth in this Agreement.

NOW, THEREFORE, in consideration of the foregoing, the mutual covenants contained herein and other good and valuable consideration, the Parties agree as follows:

## AGREEMENTS

1. Terms.

(a) This Agreement and terms and conditions (these "**Terms**") are the only Terms that govern the sale and delivery of the System by Runbeck to the Customer. Exhibit A sets forth the invoice address, delivery address, number of System units, and one time, optional, and annual fees (collectively, the "**Fees**") for the scope of services and products to be provided to Customer. Exhibit A is incorporated herein by reference. Any recurring Fees will be due on each annual anniversary of the Effective Date. The Fees are deemed earned in full upon payment and will not be returned, refunded, or prorated, except in the event of Runbeck's material breach of this Agreement.

(b) Prior to shipping, Customer must provide Runbeck with written instructions regarding the agency, emergency support personnel, or individual that the System should be configured to contact if engaged (the "**Programmed Agency**"), set forth on Exhibit A.

(c) Title and ownership to the System and all software, source code, design, structure, user interface, engineering, intellectual property, and protected components of the System shall at all times remain with and belong to Runbeck, and will not, pursuant to this Agreement or Customer's use of the System, convey or pass to Customer in any way. For the avoidance of doubt, the license granted to Customer to use the System under this Agreement shall become revocable in the event Customer materially breaches this Agreement and Customer fails to cure the breach within the proscribed cure period.

2. Delivery.

(a) The System Units will be shipped to the address provided by Customer on Exhibit A, using Runbeck's standard methods for packaging and shipping. Shipping and delivery dates given by Runbeck are estimates only and are subject to change. Runbeck shall not be liable for any delays or loss in transit. Title and risk of loss pass to the Customer upon delivery of the Units and the System at the delivery point.

(b) Customer shall inspect the Units upon receipt and inform Runbeck within thirty (30) days of any damaged Units ("**Inspection Period**"). Customer will be deemed to have accepted the Units and the System unless it notifies Runbeck in writing of any damaged Units or System issues during the Inspection Period. If Customer timely notifies Runbeck of any damaged Units, Runbeck will, in its sole discretion, (i) replace such Unit(s) with conforming Units, or (ii) credit or refund the Fees for such damaged Unit(s), together with any reasonable third-party shipping and handling expenses actually incurred and paid by Customer in connection therewith.

3. Term and Termination.

(a) The term of this Agreement shall begin on the Effective Date and continue for five (5) years (**"Term")**. Unless the Agreement is otherwise terminated in accordance with other provisions of this Agreement.

4. Price.

(a) Customer shall purchase the System from Runbeck in accordance with the Fees set forth in Exhibit A. The listed Fees are subject to an annual adjustment, not to exceed five percent (5%), which exercise will be communicated to Customer in writing.

(b) All Fees are exclusive of all sales, use, and excise taxes, and any other similar taxes, duties, and charges of any kind imposed by any governmental authority on any amounts payable by Customer. Customer shall be responsible for all such charges, costs, and taxes; provided, that, Customer shall not be responsible for any taxes imposed on, or with respect to, Runbeck's income, revenues, gross receipts, personnel, or real or personal property or other assets. The Fees include standard packaging. The Fees exclude transportation and insurance costs which are the responsibility of the Customer.

5. Payment Terms.

(a) Customer shall pay Runbeck all invoiced amounts due within thirty (30) days after the date of Runbeck's invoice. All payments hereunder shall be in US dollars and made by check or by the payment method set forth in the invoice.

(b) Customer shall reimburse Runbeck for all costs incurred in collecting any late payments, including, without limitation, attorneys' fees. Customer shall not withhold payment of any amounts due and payable by reason of any set-off of any claim or dispute with Runbeck.

6. System Updates and Replacement. Provided that Customer has paid all Fees and is not otherwise in material breach of this Agreement, Runbeck shall provide to Customer any updates of any software used in the System, as well as any upgrades or additions that are being offered by the manufacturer to users of the System at no additional charge to the Customer. Runbeck will provide the Customer with a toll-free support hotline number that may be used to obtain assistance with the System during the Term of this Agreement, subject to payment of any required additional fees.

7. Limited Warranty. Runbeck warrants to Customer that:

(a) Customer will receive good and valid title to the Units, free and clear of all encumbrances and liens;

(b) Runbeck has the right to grant Customer the license provided pursuant to this Agreement to utilize the Software, free from all liens, claims, encumbrances, security interests and other restrictions. Runbeck warrants that Customer's use of the System in accordance with this Agreement will not infringe any valid patents, copyrights, trademarks, trade secrets, or other proprietary rights of any third parties;

(c) In the event of discovery of any material defect in the System, Customer agrees to provide Runbeck with sufficient detail to allow Runbeck to verify and reproduce the error, and Runbeck will use reasonable diligence to correct such defect. Runbeck will use its reasonable efforts to promptly respond and thereafter to diagnose and correct the material defect. Runbeck is not responsible for any error in the System or the software that has been modified by Customer without Runbeck's prior written consent. Customer's sole remedy in the event of a breach of this warranty is to require that Runbeck correct any material defects or replace the malfunctioning component of the System. If a Unit is no longer operable due to defect, or if a defect is discovered with a component of the System, Runbeck will replace the Unit or repair the component of the System at no additional cost to the Customer. Malfunctions or defects caused by Customer's negligence or misuse are not covered by this warranty and any replacements of Units in that event must be purchased by the Customer.

(d) Runbeck represents and warrants that all obligations to be performed by Runbeck to Customer will be performed in a timely, competent, and workmanlike manner. Runbeck further represents and warrants that it has a sufficient number of competent, qualified employees to fulfill its obligations under this Agreement and to support sale of the Units and the delivery of the System.

8. Customer's Exclusive Remedy for Breach of Warranty. During the Term:

(a) Customer shall notify Runbeck, in writing, of any alleged warranty claim during the Inspection Period or as set forth in Section 2(b), within five (5) days from the date Customer discovers, or upon reasonable inspection should have discovered, such alleged claim;

(b) Customer shall ship the relevant Unit within five (5) days of the date of its notice to Runbeck, at Runbeck's expense, to Runbeck's facility or the manufacturer's facility, as set directed by Runbeck in writing to Customer;

(c) If Runbeck or the manufacturer's inspection and testing reveals, to Runbeck's reasonable satisfaction, that the Units or some component of the System does not conform with the limited warranty set forth hereinabove, Runbeck shall in its sole discretion, and at its expense (subject to Customer's compliance with this Section 8), either (i) repair or replace the Unit(s) or component of the System affected, or (ii) credit or refund the Fees for such Unit(s) or component; and

(d) If Runbeck exercises its option to repair or replace, Runbeck shall, after receiving Customer's shipment of such Unit(s), ship to Customer, at Runbeck's expense, the repaired or replacement Unit(s) to the same location as the original delivery.

(e) Customer has no right to return for repair, replacement, credit, or refund any Unit(s) except as set forth in this Section 8. In no event shall Customer reconstruct, repair, alter, or replace any Unit(s) or components of the System, in whole or in part, either itself or by or through any third party.

(f) **THIS SECTION 8 SETS FORTH THE CUSTOMER'S SOLE AND EXCLUSIVE REMEDY AND RUNBECK'S ENTIRE LIABILITY FOR ANY BREACH OF THE LIMITED WARRANTY SET FORTH IN SECTION 7 OF THIS AGREEMENT.**

**9. WARRANTIES DISCLAIMER. EXCEPT FOR THE EXPRESS WARRANTIES SET FORTH IN SECTION 7, RUNBECK MAKES NO EXPRESS OR IMPLIED WARRANTY WHATSOEVER WITH RESPECT TO THE UNITS OR THE SYSTEM, INCLUDING ANY (a) WARRANTY OF MERCHANTABILITY; OR (b) WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; WHETHER ARISING BY LAW, COURSE OF DEALING, COURSE OF PERFORMANCE, USAGE OF TRADE, OR OTHERWISE. CUSTOMER ACKNOWLEDGES THAT IT HAS NOT RELIED UPON ANY REPRESENTATION OR WARRANTY MADE BY RUNBECK, OR ANY OTHER INDIVIDUAL OR ENTITY ON RUNBECK'S BEHALF, EXCEPT AS SPECIFICALLY PROVIDED IN SECTION 7 OF THIS AGREEMENT. EXCEPT FOR THE WARRANTIES PROVIDED HEREIN, THE SYSTEM IS PROVIDED "AS IS" AND "AS AVAILABLE," AND RUNBECK HEREBY EXPRESSLY DISCLAIMS ANY AND ALL OTHER WARRANTIES OF ANY KIND OR NATURE CONCERNING THE SYSTEM AND THE SOFTWARE, WHETHER EXPRESS OR IMPLIED. CUSTOMER AGREES AND UNDERSTANDS THAT RUNEBCK IS NOT RESPONSIBLE FOR SYSTEM USER'S SAFETY NOR THE ACTIONS OR INACTIONS OF THE PROGRAMMED AGENCY, AND USERS OF THE SYSTEM SHOULD NOT RELY ON THE SYSTEM AS THEIR SOLE SAFETY MECHANISM. THE SYSTEM IS A TOOL TO SUPPLEMENT**

**BEST PRACTICES FOR SAFETY AND THERE ARE NO GUARANTIES OF OUTCOME OR RESPONSE TIME WHEN THE UNITS ARE ACTIVATED OR OTHERWISE.**

10. Limitation of Liability.

(a) **IN NO EVENT SHALL RUNBECK OR ANY OF ITS REPRESENTATIVES BE LIABLE TO CUSTOMER OR ANY THIRD-PARTY FOR CONSEQUENTIAL, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, PUNITIVE, OR ENHANCED DAMAGES, LOST PROFITS OR REVENUES OR DIMINUTION IN VALUE, ARISING OUT OF OR RELATING TO THIS AGREEMENT, REGARDLESS OF (A) WHETHER SUCH DAMAGES WERE FORESEEABLE, (B) WHETHER RUNBECK WAS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND (C) THE LEGAL OR EQUITABLE THEORY (CONTRACT, TORT, OR OTHERWISE) UPON WHICH THE CLAIM IS BASED. RUNBECK SHALL NOT BE RESPONSIBLE FOR THE SYSTEM'S OPERATION OR FAILURE TO OPERATE, EXCEPT TO THE EXTENT OF REPAIR OR REPLACEMENT OF COMPONENTS OF THE SYSTEM AS OTHERWISE PROVIDED HEREIN.**

(b) **RUNBECK's AGGREGATE LIABILITY ARISING OUT OF OR RELATED TO THIS AGREEMENT, WHETHER ARISING OUT OF OR RELATED TO BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, SHALL NOT EXCEED THE TOTAL AMOUNT PAID OR PAYABLE BY CUSTOMER TO RUNBECK UNDER THIS AGREEMENT IN THE ONE (1) YEAR PERIOD PRECEDING THE EVENT GIVING RISE TO THE CLAIM.**

11. Termination. In addition to any remedies that may be provided under this Agreement, Runbeck may terminate this Agreement upon written notice to Customer if Customer: (i) fails to pay any amount when due under this Agreement and such failure continues for ten (10) days after Customer's receipt of written notice of nonpayment; or (ii) Customer has not otherwise performed or complied with any material terms or conditions contained herein and such failure continues for thirty (30) days after Customer's receipt of written notice thereof and reasonable attempts to cure. In any such event, Customer shall thereupon return to Runbeck all Software, Units, and other R.E.S.T. property in its possession and discontinue use of any of the foregoing. Customer may terminate this Agreement upon written notice to Runbeck if Runbeck fails to perform any material obligation pursuant to this Agreement and such failure continues for thirty (30) days after Runbeck's receipt of written notice thereof and reasonable attempts to cure.

12. Entire Agreement; Amendment. This Agreement, together with any Exhibits, constitutes the entire agreement between the Parties hereto with respect to the subject matter contained in this Agreement and supersedes all prior agreements, understandings, and negotiations between the Parties. This Agreement may not be amended, modified, or waived as to any particular provision, except by a written instrument executed by all Parties hereto.

13. Waiver. No waiver by either Party of any of the provisions of this Agreement is effective unless explicitly set forth in writing and signed by the Party so waiving. No failure to exercise, or delay in exercising, any right, remedy, power, or privilege arising from this Agreement operates or may be construed, as a waiver thereof. No single or partial exercise of any right, remedy, power,

or privilege hereunder precludes any other or further exercise thereof or the exercise of any other right, remedy, power, or privilege.

14. Confidential Information. All non-public, confidential, or proprietary information of the Parties, including but not limited to specifications, samples, patterns, designs, plans, drawings, documents, data, business operations, customer lists, pricing, discounts, or rebates, disclosed by one Party (the "**Disclosing Party**") to the other Party (the "**Receiving Party**"), whether disclosed orally or disclosed or accessed in written, electronic, or other form or media, and whether or not marked, designated, or otherwise identified as "confidential" in connection with this Agreement is confidential, solely for the use of performing this Agreement and may not be disclosed or copied unless authorized in advance by the Disclosing Party in writing or legally required to be disclosed pursuant to the reasonable interpretation of any freedom of information laws as may be applicable to the Customer. Upon the Disclosing Party's request, the Receiving Party shall promptly return all documents and other materials received from the Disclosing Party. The Disclosing Party shall be entitled to injunctive relief for any violation of this Section. This Section does not apply to information that is: (a) in the public domain; (b) known to the Receiving Party at the time of disclosure; (c) rightfully obtained by the Receiving Party on a non-confidential basis from a third party; or (d) required to be disclosed pursuant to applicable law or court order.

15. Force Majeure. Neither Party shall be liable or responsible to the other Party, nor be deemed to have defaulted under or breached this Agreement, for any failure or delay in fulfilling or performing any term of this Agreement (except for any obligations to make payments to the other Party hereunder), when and to the extent such failure or delay is caused by or results from acts beyond the impacted Party's ("**Impacted Party**") reasonable control, including, the following force majeure events ("**Force Majeure Events**"): (a) acts of God; (b) flood, fire, earthquake, epidemics or pandemics, or explosion; (c) war, invasion, hostilities (whether war is declared or not), terrorist threats or acts, riot or other civil unrest; (d) order or action by any governmental authority or requirements of law; (e) moratoriums, embargoes or blockades in effect on or after the date of this Agreement; (f) national or regional emergency; (g) strikes, labor stoppages or slowdowns, or other industrial disturbances; (h) telecommunication breakdowns, blackouts, system hacking, power outages or shortages, lack of warehouse or storage space, inadequate transportation services, or inability or delay in obtaining supplies of adequate or suitable materials; and (i) other events beyond the reasonable control of the Impacted Party.

16. Assignment. Customer's rights, interests, or obligations hereunder may not be assigned, transferred, or delegated by Customer without the prior written consent of Runbeck. Any purported assignment or delegation in violation of this Section is null and void. No assignment or delegation relieves Customer of any of its obligations under this Agreement.

17. Relationship of the Parties. The relationship between the Parties is that of vendor and customer. Nothing contained in this Agreement shall be construed as creating any agency, partnership, joint venture, or other form of joint enterprise, employment, or fiduciary relationship between the Parties, and neither Party shall have authority to contract for or bind the other Party in any manner whatsoever.

18. No Third-Party Beneficiaries. This Agreement benefits solely the Parties to this Agreement. Nothing in this Agreement, express or implied, confers on any other person any legal or equitable right, benefit, or remedy of any nature whatsoever under or by reason of this Agreement.

19. No Construction Against Drafting Party. The Parties and their respective counsel have had the opportunity to review this Agreement, and the Agreement will not be construed against any Party merely because this Agreement was prepared by a particular Party.

20. Attorney's Fees. In the event of a litigation action to enforce, or arising from, the terms of this Agreement, the prevailing Party in such action shall be entitled to recover from the non-prevailing Party its reasonable attorneys' fees and taxable court costs incurred in the action.

21. Governing Law; Jurisdiction. This Agreement is governed by, and construed in accordance with the laws of the State of Arizona without giving effect to any conflict of laws provisions thereof that would result in the application of the laws of a different jurisdiction. All legal proceedings shall be instituted in the state or federal courts located in the State and County where the Customer is situated. Each Party irrevocably and unconditionally submits to the exclusive jurisdiction of such courts.

22. Notices. All notices shall be in writing and addressed to the Parties at the addresses set forth in the introduction of this Agreement or to such other address for either Party as that Party may designate by subsequent written notice. All notices must be delivered by nationally recognized overnight courier, or certified or registered US mail (in each case, return receipt requested). Notices will be deemed given on the first business day after deposit with a recognized overnight courier or three business days after deposit in the US mail.

23. Severability. If any term or provision of this Agreement is determined to be invalid, illegal, or unenforceable in any jurisdiction, such invalidity, illegality, or unenforceability shall not affect any other term or provision of this Agreement or invalidate or render unenforceable such term or provision in any other jurisdiction.

| | **RUNBECK ELECTION SERVICES, LLC** | **Washoe County, Nevada** |
|---|---|---|
| Signed by: | DocuSigned by: [signature] 894F17320B0C4D2... | [signature] Cari-Ann Burgess |
| Printed Name: | Rizwan Fidai | Cari-Ann Burgess |
| Title: | Vice President of Sales | Interim ROV |
| Date: | 8/30/2024 | 8/28/24 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

[EXHIBIT TO FOLLOW]

# EXHIBIT A

## SYSTEM FEES

Invoice address: 1001 E. Ninth Street,Reno, NV 89512

Delivery address: 1001 E. Ninth Street,Reno, NV 89512

Programmed Agency: ______________________________

| R.E.S.T. System | Year 1 (2024-2025) | Year 2 (2025-2026) | Year 3 (2026-2027) | Year 4 (2027-2028) | Year 5 (2028-2029) |
|---|---|---|---|---|---|
| R.E.S.T. Fee (60 Units x $250) | $15,000.00 | $15,480.00 | $15,960.00 | $16,440.00 | $16,920.00 |
| R.E.S.T. Set-Up and Integration Fee | $ 3,500.00 | | | | |
| **Total** | $18,500.00 | $15,480.00 | $15,960.00 | $16,440.00 | $16,920.00 |

Additional Terms, which are incorporated in the Agreement by reference below:

1. Any applicable taxes are the sole responsibility of the Customer.
2. Optional on-site training is available for an additional fee of $3,500, which does not include Runbeck travel and expenses which will be separately quoted upon Customer's request for Optional on-site training.
3. The above fees are subject to an annual fee adjustment increase not to exceed five percent (5%) per year during the Term of the Agreement. Customer will be notified of the increase, if any, at least thirty (30) days before each annual anniversary of the Effective Date of the Agreement.

**From:** Hickman, Elizabeth
**To:** McDonald, Andrew P
**Cc:** Alvarado, Maria; Vetter, Addison M.
**Subject:** RE: Washoe Cty, NV C001704 Sentio.pdf
**Date:** Tuesday, December 3, 2024 1:12:08 PM
**Attachments:** image005.png
image006.png
image007.png
image008.png
image009.png
image011.png
image012.png
image013.png
image015.png
image016.png
image017.png
image018.png

---

I am one set of eyes that can review a contract, but I do not approve any contracts for the County. Cari asked me to "look at it real quick" and I did and told her I had no legal concerns (but that I didn't understand the product as it sounds like a panic-button but also discusses technical support) and suggested that we try to negotiate it for even years only. So no, I did not "approve" the contract in the sense that the County has processes for entering contracts and it's not through me, but I did review it for legal and noted only those two issues noted.

---

**From:** McDonald, Andrew P <AMcDonald@washoecounty.gov>
**Sent:** Tuesday, December 3, 2024 12:25 PM
**To:** Hickman, Elizabeth <ehickman@da.washoecounty.gov>
**Cc:** Alvarado, Maria <MAlvarado@washoecounty.gov>; Vetter, Addison M. <amvetter@washoecounty.gov>
**Subject:** FW: Washoe Cty, NV C001704 Sentio.pdf

Hi Beth,

Is what Cari is stating true?

Sincerely,

**Andrew McDonald**
Deputy Registrar of Voters
amcdonald@washoecounty.gov
Cell: 775.484.7653
1001 E. Ninth St., Bldg. A, Reno, NV 89512

---

**From:** Sonia Galloway <sgalloway@runbeck.net>
**Sent:** Tuesday, December 3, 2024 11:43 AM
**To:** Alvarado, Maria <MAlvarado@washoecounty.gov>
**Cc:** Carol Armstrong <carmstrong@runbeck.net>; Vetter, Addison M. <amvetter@washoecounty.gov>; McDonald, Andrew P <AMcDonald@washoecounty.gov>; Haeberle, Alison K. <AHaeberle@washoecounty.gov>; Brent Frazier <bfrazier@runbeck.net>; Maria Jones <mjones@runbeck.net>; Rizwan Fidai <rfidai@runbeck.net>; Phillip Johnson <pjohnson@runbeck.net>
**Subject:** FW: Washoe Cty, NV C001704 Sentio.pdf

**This Message Is From an External Sender**
This message came from outside of Washoe County – DO NOT CLICK on links or open attachments unless you are sure the content is safe.
Report Suspicious

Hi Maria,

Thank you for reaching out. Our team has reviewed your request, and we are not agreeable to the proposed change regarding termination without cause.

My understanding while going through the signatory process with Cari-Ann was that your DA, Elizabeth Hickman approved the contract, and recall Cari-Ann sharing that she had authority to sign if under a threshold of $50,000.

Regards,

**Sonia Galloway**
Regional Director of Sales, West
signature_2265912948
Cell: 602-509-6715
2800 S. 36th Street, Phoenix, AZ 85034
Runbeck.net
**Defending Democracy for over 50% of Voters Nationwide**

---

**From:** Carol Armstrong <carmstrong@runbeck.net>
**Sent:** Tuesday, December 3, 2024 7:35 AM
**To:** Sonia Galloway <sgalloway@runbeck.net>; Brent Frazier <bfrazier@runbeck.net>
**Cc:** MAlvarado@washoecounty.gov
**Subject:** FW: Washoe Cty, NV C001704 Sentio.pdf

Good Morning,

Maria needs help with a contract, see below concerns.

Carol Armstrong
Senior Accounts Receivable Specialist

Office: 480-455-1032
Fax:602-437-1411
signature_833438274
2800 S. 36th Street,
Phoenix, AZ 85034
Runbeck.net

***Defending Democracy Since 1972***

*"This e-mail message (and any attachment) is intended for the use of the individual or entity to which it is addressed. This message contains information from Runbeck Election Services, Inc. that may be privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive this for the intended recipient, any use, dissemination, distribution, retention, archiving, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all computers."*

---

**From:** Alvarado, Maria <MAlvarado@washoecounty.gov>
**Sent:** Monday, December 2, 2024 5:25 PM
**To:** Carol Armstrong <carmstrong@runbeck.net>
**Cc:** Vetter, Addison M. <amvetter@washoecounty.gov>; McDonald, Andrew P <AMcDonald@washoecounty.gov>; Haeberle, Alison K. <AHaeberle@washoecounty.gov>
**Subject:** RE: Washoe Cty, NV C001704 Sentio.pdf

Hi Carol,

Hope you had a great holiday week! I would like to follow up on the email below, if we need to connect with a different staff member, please let us know. We would also like to acknowledge receipt of the attached two invoices.

Thank you.

**Maria E. Alvarado**
**Administrative Assistant I | Registrar of Voters**
malvarado@washoecounty.gov | Direct: 775.541.8933
1001 E. Ninth St., Bldg. A, Reno, NV 89512

---

**From:** Alvarado, Maria <MAlvarado@washoecounty.gov>
**Sent:** Friday, November 15, 2024 11:00 AM
**To:** carmstrong@runbeck.net
**Cc:** Vetter, Addison M. <amvetter@washoecounty.gov>; McDonald, Andrew P <AMcDonald@washoecounty.gov>; Haeberle, Alison K. <AHaeberle@washoecounty.gov>
**Subject:** RE: Washoe Cty, NV C001704 Sentio.pdf

Hi Carol,

Great to virtually meet you – I look forward to working with you. We'd like to share our Comptroller's Office identified a few concerns that need to be addressed regarding the Runbeck R.E.S.T. agreement. With the transition of duties and internal personnel, we would like to extend our sincere apologies for the errors in advance, please see the concerns below:

1. **Signature Authority**: Cari-Ann does not have the authority to sign agreements on behalf of the county. Mark can sign the agreement once the necessary changes have been made.

2. **Section 11 of the Agreement**: We will need the vendor to add the following clause:
   - **11.1 Termination Without Cause**: This Agreement may be terminated for any reason by either party by giving the other party written notice of intent to terminate. The notice must specify the effective date of termination, which may not be less than 15 calendar days from the date of service of the notice. Only services satisfactorily performed up to the date of receipt of notice shall be compensated by the County, pursuant to the terms of this Agreement. If the County unilaterally terminates this agreement, the Contractor shall use its best efforts to minimize the cost to the County and will not be compensated for any avoidable costs.
   - **11.2 Termination by Non-appropriation**: The County may terminate its participation in this Agreement effective immediately by providing written notice if the County's funding source is not appropriated, withdrawn, limited, or impaired. The County will make reasonable efforts to ensure payment for services rendered by the Contractor. The Contractor shall agree to hold the County free from any charges or penalties except for those already incurred through the date of notice of cancellation.

If you have any questions or would like to hop on a call, please let us know.
Thank you.

**Maria E. Alvarado**
**Administrative Assistant I | Registrar of Voters**
malvarado@washoecounty.gov | Direct: 775.541.8933
1001 E. Ninth St., Bldg. A, Reno, NV 89512

---

**From:** Raburu, Joy M. <JMRaburu@washoecounty.gov>
**Sent:** Thursday, November 14, 2024 3:44 PM
**To:** Alvarado, Maria <MAlvarado@washoecounty.gov>
**Cc:** Vetter, Addison M. <amvetter@washoecounty.gov>; carmstrong@runbeck.net; McDonald, Andrew P <AMcDonald@washoecounty.gov>; Haeberle, Alison K. <AHaeberle@washoecounty.gov>
**Subject:** FW: Washoe Cty, NV C001704 Sentio.pdf

Hi Carol,

Please forward all invoices to @Alvarado, Maria, who has now taken over my duties at Registrar of Voters.

Thanks.

Joy Raburu, Eligibility Certification Specialist II
Senior Services | Human Services Agency
jmraburu@washoecounty.gov | Office: 775.420-8523
1155 E 9th St, Reno, NV 89512

---

**From:** Carol Armstrong <carmstrong@runbeck.net>
**Sent:** Wednesday, November 13, 2024 1:16 PM
**To:** Vetter, Addison M. <amvetter@washoecounty.gov>
**Cc:** Raburu, Joy M. <JMRaburu@washoecounty.gov>; Invoices <Invoices@runbeck.net>; Sonia Galloway <sgalloway@runbeck.net>
**Subject:** Washoe Cty, NV C001704 Sentio.pdf

Attached please find your invoice referenced above. Please do not hesitate to contact me if you have any questions.

Have a wonderful day!

Carol Armstrong
Senior Accounts Receivable Specialist

Office: 480-455-1032 |
Fax: 602-437-1411
2800 S. 36th Street
Phoenix, AZ 85034
Runbeck.net

***Defending Democracy Since 1972***

*"This e-mail message (and any attachment) is intended for the use of the individual or entity to which it is addressed. This message contains information from Runbeck Election Services, Inc. that may be privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive this for the intended recipient, any use, dissemination, distribution, retention, archiving, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all computers."*

This e-mail message (and any attachment) is intended for the use of the individual or entity to which it is addressed. This message contains information from Runbeck Election Services, LLC. that may be privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive this for the intended recipient, any use, dissemination, distribution, retention, archiving, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all computers.
This e-mail message (and any attachment) is intended for the use of the individual or entity to which it is addressed. This message contains information from Runbeck Election Services, LLC. that may be privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive this for the intended recipient, any use, dissemination, distribution, retention, archiving, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all computers.

**From:** Sonia Galloway
**To:** Alvarado, Maria
**Cc:** Carol Armstrong; Vetter, Addison M.; McDonald, Andrew P; Haeberle, Alison K.; Brent Frazier; Maria Jones; Rizwan Fidai; Phillip Johnson; Vetter, Addison M.; McDonald, Andrew P; Haeberle, Alison K.
**Subject:** Re: Washoe Cty, NV C001704 Sentio.pdf
**Date:** Monday, December 9, 2024 3:13:16 PM
**Attachments:** image005.png
image006.png
image007.png
image008.png
image009.png
image011.png
image012.png
image013.png
image015.png
image016.png
image017.png
image018.png
image005.png
image006.png
image007.png
image008.png
image009.png
image011.png
image012.png
image013.png
image015.png
image016.png
image017.png
image018.png
Statement 2024-11-30 Washoe.pdf

---

**This Message Is From an External Sender**
This message came from outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.

Report Suspicious

Hi Maria! Thank you so much!
Appreciate the follow up!

**Sonia Galloway**
Director of Sales, Western Region

**Cell:** 602-509-6715 | **Office:** 480-455-1081
2800 S. 36th Street, Phoenix, AZ 85034
Runbeck.net

***Defending Democracy Since 1972***

On Dec 9, 2024, at 4:11 PM, Alvarado, Maria <MAlvarado@washoecounty.gov> wrote:

Good afternoon,

We appreciate your patience on this. Our Comptroller's Department has approved moving forward with the contract as is.

We have processed the outstanding invoices, totaling $127, 387.66 as noted in the attached statement.

If we missed anything, please let us know.

Thank you.

**Maria E. Alvarado**
**Administrative Assistant I | Registrar of Voters Office**
malvarado@washoecounty.gov | Direct: 775.541.8933
1001 E. Ninth St., Bldg. A, Reno, NV 89512

---

**From:** Sonia Galloway <sgalloway@runbeck.net>
**Sent:** Tuesday, December 3, 2024 3:49 PM
**To:** Alvarado, Maria <MAlvarado@washoecounty.gov>
**Cc:** Carol Armstrong <carmstrong@runbeck.net>; Vetter, Addison M. <amvetter@washoecounty.gov>; McDonald, Andrew P <AMcDonald@washoecounty.gov>; Haeberle, Alison K. <AHaeberle@washoecounty.gov>; Brent Frazier <bfrazier@runbeck.net>; Maria Jones <mjones@runbeck.net>; Rizwan Fidai <rfidai@runbeck.net>; Phillip Johnson <pjohnson@runbeck.net>
**Subject:** RE: Washoe Cty, NV C001704 Sentio.pdf

Thank you for the update, Maria,

The previous contract I sent, was amended when Andrew ordered 5 additional badges.

He signed the amendment, it's attached here. This is the most recent version.

Regards,

Sonia Galloway
Regional Director of Sales, West

Cell: 602-509-6715
2800 S. 36th Street, Phoenix, AZ 85034
Runbeck.net

Defending Democracy for over 50% of Voters Nationwide

---

**From:** Alvarado, Maria <MAlvarado@washoecounty.gov>
**Sent:** Tuesday, December 3, 2024 3:10 PM
**To:** Sonia Galloway <sgalloway@runbeck.net>
**Cc:** Carol Armstrong <carmstrong@runbeck.net>; Vetter, Addison M. <amvetter@washoecounty.gov>; McDonald, Andrew P <AMcDonald@washoecounty.gov>; Haeberle, Alison K. <AHaeberle@washoecounty.gov>; Brent Frazier <bfrazier@runbeck.net>; Maria Jones <mjones@runbeck.net>; Rizwan Fidai <rfidai@runbeck.net>; Phillip Johnson <pjohnson@runbeck.net>
**Subject:** RE: Washoe Cty, NV C001704 Sentio.pdf

Hello,

We appreciate this response. We will connect with our Comptroller's Department, who coordinate Purchasing agreements for the County, and the District Attorney's Office, and will be in touch in a day or two.

Thank you.

<image005.png>

Maria E. Alvarado
Administrative Assistant I | Registrar of Voters Office
malvarado@washoecounty.gov | Direct: 775.541.8933
1001 E. Ninth St., Bldg. A, Reno, NV 89512

<image006.png>

---

**From:** Sonia Galloway <sgalloway@runbeck.net>
**Sent:** Tuesday, December 3, 2024 11:43 AM
**To:** Alvarado, Maria <MAlvarado@washoecounty.gov>
**Cc:** Carol Armstrong <carmstrong@runbeck.net>; Vetter, Addison M. <amvetter@washoecounty.gov>; McDonald, Andrew P <AMcDonald@washoecounty.gov>; Haeberle, Alison K. <AHaeberle@washoecounty.gov>; Brent Frazier <bfrazier@runbeck.net>; Maria Jones <mjones@runbeck.net>; Rizwan Fidai <rfidai@runbeck.net>; Phillip Johnson <pjohnson@runbeck.net>
**Subject:** FW: Washoe Cty, NV C001704 Sentio.pdf

Hi Maria,

Thank you for reaching out. Our team has reviewed your request, and we are not agreeable to the proposed change regarding termination without cause.

My understanding while going through the signatory process with Cari-Ann was that your DA, Elizabeth Hickman approved the contract, and recall Cari-Ann sharing that she had authority to sign if under a threshold of $50,000.

Regards,

Sonia Galloway
Regional Director of Sales, West
Cell: 602-509-6715
2800 S. 36th Street, Phoenix, AZ 85034
Runbeck.net

<image010.gif> <image011.png>
<image012.png>
<image013.png>

Defending Democracy for over 50% of Voters Nationwide

---

**From:** Carol Armstrong <carmstrong@runbeck.net>
**Sent:** Tuesday, December 3, 2024 7:35 AM
**To:** Sonia Galloway <sgalloway@runbeck.net>; Brent Frazier <bfrazier@runbeck.net>
**Cc:** MAlvarado@washoecounty.gov
**Subject:** FW: Washoe Cty, NV C001704 Sentio.pdf

Good Morning,

Maria needs help with a contract, see below concerns.

Carol Armstrong
Senior Accounts Receivable Specialist

Office: 480-455-1032
Fax:602-437-1411
2800 S. 36th Street,
Phoenix, AZ 85034

Runbeck.net

***Defending Democracy Since 1972***

*"This e-mail message (and any attachment) is intended for the use of the individual or entity to which it is addressed. This message contains information from Runbeck Election Services, Inc. that may be privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive this for the intended recipient, any use, dissemination, distribution, retention, archiving, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all computers."*

---

**From:** Alvarado, Maria <MAlvarado@washoecounty.gov>
**Sent:** Monday, December 2, 2024 5:25 PM
**To:** Carol Armstrong <carmstrong@runbeck.net>
**Cc:** Vetter, Addison M. <amvetter@washoecounty.gov>; McDonald, Andrew P <AMcDonald@washoecounty.gov>; Haeberle, Alison K. <AHaeberle@washoecounty.gov>
**Subject:** RE: Washoe Cty, NV C001704 Sentio.pdf

Hi Carol,

Hope you had a great holiday week! I would like to follow up on the email below, if we need to connect with a different staff member, please let us know. We would also like to acknowledge receipt of the attached two invoices.

Thank you.

<image005.png> **Maria E. Alvarado**
**Administrative Assistant I | Registrar of Voters**
malvarado@washoecounty.gov | Direct: 775.541.8933
1001 E. Ninth St., Bldg. A, Reno, NV 89512
<image006.png>

---

**From:** Alvarado, Maria <MAlvarado@washoecounty.gov>
**Sent:** Friday, November 15, 2024 11:00 AM
**To:** carmstrong@runbeck.net
**Cc:** Vetter, Addison M. <amvetter@washoecounty.gov>; McDonald, Andrew P <AMcDonald@washoecounty.gov>; Haeberle, Alison K. <AHaeberle@washoecounty.gov>
**Subject:** RE: Washoe Cty, NV C001704 Sentio.pdf

Hi Carol,

Great to virtually meet you – I look forward to working with you. We'd like to share our Comptroller's Office identified a few concerns that need to be addressed regarding the Runbeck R.E.S.T. agreement. With the transition of duties and internal personnel, we would like to extend our sincere apologies for the errors in advance, please see the concerns below:

1. **Signature Authority:** Cari-Ann does not have the authority to sign agreements on behalf of the county. Mark can sign the agreement once the necessary changes have been made.

2. **Section 11 of the Agreement:** We will need the vendor to add the following clause:
   - **11.1 Termination Without Cause:** This Agreement may be terminated for any reason by either party by giving the other party written notice of intent to terminate. The notice must specify the effective date of termination, which may not be less than 15 calendar days from the date of service of the notice. Only services satisfactorily performed up to the date of receipt of notice shall be compensated by the County, pursuant to the terms of this Agreement. If the County unilaterally terminates this agreement, the Contractor shall use its best efforts to minimize the cost to the County and will not be compensated for any avoidable costs.
   - **11.2 Termination by Non-appropriation:** The County may terminate its participation in this Agreement effective immediately by providing written notice if the County's funding source is not appropriated, withdrawn, limited, or impaired. The County will make reasonable efforts to ensure payment for services rendered by the Contractor. The Contractor shall agree to hold the County free from any charges or penalties except for those already incurred through the date of notice of cancellation.

If you have any questions or would like to hop on a call, please let us know.
Thank you.

<image005.png> **Maria E. Alvarado**
**Administrative Assistant I | Registrar of Voters**
malvarado@washoecounty.gov | Direct: 775.541.8933
1001 E. Ninth St., Bldg. A, Reno, NV 89512
<image006.png>

---

**From:** Raburu, Joy M. <JMRaburu@washoecounty.gov>
**Sent:** Thursday, November 14, 2024 3:44 PM
**To:** Alvarado, Maria <MAlvarado@washoecounty.gov>
**Cc:** Vetter, Addison M. <amvetter@washoecounty.gov>; carmstrong@runbeck.net; McDonald, Andrew P <AMcDonald@washoecounty.gov>; Haeberle, Alison K. <AHaeberle@washoecounty.gov>
**Subject:** FW: Washoe Cty, NV C001704 Sentio.pdf

Hi Carol,

Please forward all invoices to @Alvarado, Maria, who has now taken over my duties at Registrar of Voters.

Thanks.

Joy Raburu, Eligibility Certification Specialist II
Senior Services | Human Services Agency
jmraburu@washoecounty.gov | Office: 775.420-8523
1155 E 9th St, Reno, NV 89512

---

**From:** Carol Armstrong <carmstrong@runbeck.net>
**Sent:** Wednesday, November 13, 2024 1:16 PM
**To:** Vetter, Addison M. <amvetter@washoecounty.gov>
**Cc:** Raburu, Joy M. <JMRaburu@washoecounty.gov>; Invoices <invoices@runbeck.net>; Sonia Galloway <sgalloway@runbeck.net>
**Subject:** Washoe Cty, NV C001704 Sentio.pdf

Attached please find your invoice referenced above. Please do not hesitate to contact me if you have any questions.

Have a wonderful day!

Carol Armstrong
Senior Accounts Receivable Specialist

Office: 480-455-1032 |
Fax: 602-437-1411
2800 S. 36th Street
Phoenix, AZ 85034
Runbeck.net

<image015.png>

<image016.png>

<image017.png>

***Defending Democracy Since 1972***

*"This e-mail message (and any attachment) is intended for the use of the individual or entity to which it is addressed. This message contains information from Runbeck Election Services, Inc. that may be privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive this for the intended recipient, any use, dissemination, distribution, retention, archiving, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all computers."*

This e-mail message (and any attachment) is intended for the use of the individual or entity to which it is addressed. This message contains information from Runbeck Election Services, LLC. that may be privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive this for the intended recipient, any use, dissemination, distribution, retention, archiving, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all computers.

This e-mail message (and any attachment) is intended for the use of the individual or entity to which it is addressed. This message contains information from Runbeck Election Services, LLC. that may be privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive this for the intended recipient, any use, dissemination, distribution, retention, archiving, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all computers.

This e-mail message (and any attachment) is intended for the use of the individual or entity to which it is addressed. This message contains information from Runbeck Election Services, LLC. that may be privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive this for the intended recipient, any use, dissemination, distribution, retention, archiving, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all computers.

This e-mail message (and any attachment) is intended for the use of the individual or entity to which it is addressed. This message contains information from Runbeck Election Services, LLC. that may be privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive this for the intended recipient, any use, dissemination, distribution, retention, archiving, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, delete this message, and delete the material from all computers.

**Runbeck Election Services, LLC**

| Date: | 11/30/2024 |
|---|---|
| Account: | WASHOENV |
| Page: | 1 |

**REMIT TO:**
RUNBECK ELECTION SERVICES
2800 S. 36TH STREET
PHOENIX, AZ 85034

**Amount Paid:**

**WASHOE COUNTY REGISTRAR OF VOTERS**

**1001 E 9TH ST, STE A135**
**RENO NV 89512**

**Credit Limit: Unlimited**
**Payment Terms: NET 30**

*^Please return this portion with your payment^*

| Document No. | Date | Code | Description | Invoice | Payment | Balance |
|---|---|---|---|---|---|---|
| 002032 | 11/21/2024 | SLS | 002032 | $1,250.00 | | $1,250.00 |
| 247787 | 10/1/2024 | SLS | 231652.01 | $115,250.16 | | $116,500.16 |
| PYMNT000000007654 | 10/24/2024 | PMT | Applied: 247787 | | $115,250.16 | $1,250.00 |
| 247909 | 10/15/2024 | SLS | 231652.1 | $137,835.11 | | $139,085.11 |
| PYMNT000000007748 | 11/7/2024 | PMT | Applied: 247909 | | $137,835.11 | $1,250.00 |
| 248034 | 10/31/2024 | SLS | 231652.23 | $16,460.68 | | $17,710.68 |
| 248133 | 11/25/2024 | SLS | PackeTrack Service | $21,796.98 | | $39,507.66 |
| C001638 | 9/11/2024 | SLS | C001638 | $15,000.00 | | $54,507.66 |
| C001639 | 9/11/2024 | SLS | C001639 | $18,500.00 | | $73,007.66 |
| C001703 | 11/13/2024 | SLS | C001703 | $47,380.00 | | $120,387.66 |
| C001704 | 11/13/2024 | SLS | C001704 | $2,000.00 | | $122,387.66 |
| C001713 | 11/18/2024 | SLS | C001713 | $5,000.00 | | $127,387.66 |

THANK YOU FOR BEING OUR ELECTIONS PARTNER!

| | |
|---|---|
| **Amount Due:** | **$127,387.66** |
| **Minimum Payment:** | **$0.00** |

| Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | _ | _ | _ |
|---|---|---|---|---|---|---|
| $93,887.66 | $0.00 | $33,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Codes:

| | | |
|---|---|---|
| SLS = Sales / Invoices | FIN = Finance Charges | CR = Credit Memos |
| SCH = Scheduled Payments | SVC = Service / Repairs | RTN = Returns |
| DR = Debit Memos | WRN = Warranties | PMT = Payments |