HAWAH S. AHMAD Esq.
Nevada State Bar No. 16374
Ahmad Law PLLC
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
Telephone: (775) 234-8760
Email: ahmad@alawnv.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARI-ANN P. BURGESS,

Plaintiff,

vs.

WASHOE COUNTY, a political subdivision of the State of Nevada, ROES I through X, and Does 1 through 10, inclusive,

Defendant.

______________________________________/

Case No. 3:25-cv-00065-NJK

**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STRIKE (ECF NO. 78)**

**(FIRST REQUEST)**

Plaintiff, CARI-ANN P. BURGESS ("Plaintiff" or "Ms. Burgess") and Defendant, WASHOE COUNTY ("Defendant" or the "County") (together, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1. On September 10, 2026, the County moved to strike Claims 3, 12, 13, and 14 from Plaintiff's Second Amended Complaint (the "Motion to Strike"). ECF No. 67. Plaintiff filed her Opposition on September 24, 2026. ECF No. 73. The County filed its Reply on October 1, 2026 (the "Reply"). ECF No. 78.

2. The Local Rules provide: "Surreplies are not permitted without leave of court; motions for leave to file a surreply are discouraged." LR 7-2(b).



AHMAD LAW PLLC
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
(775) 234-8760

AHMAD LAW PLLC
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
(775) 234-8760

3. Plaintiff contends that the Reply raises bad faith, prejudice, and what the Reply calls "additional bases" for futility. ECF No. 78 at 2, 4–12. Plaintiff also contends that the Reply relies on new authority for its delay argument. *Id.* at 5–6. Plaintiff contends that the Motion to Strike did not argue those matters or cite that authority. ECF No. 67 at 1–5.

4. The County does not concede Plaintiff's characterization of the Reply. The County consents to leave.

5. Plaintiff represents that the Sur-Reply responds only to the Reply. It is not directed to the County's reply in support of its motion to dismiss the Second Amended Complaint. ECF No. 79. The Sur-Reply is twelve pages, including its certificate of service.

6. The Sur-Reply relies on one new document: email correspondence between counsel dated February 14 through 18, 2025. Plaintiff redacted portions of two February 14, 2025 messages under Federal Rule of Evidence 408. Plaintiff offers the Declaration of Hawah S. Ahmad, Esq. to authenticate the correspondence. The Sur-Reply also cites email correspondence that the County filed on October 6, 2026, with its reply in support of its motion to dismiss. ECF No. 79-1.

7. This is the first stipulation for leave to file a sur-reply on the Motion to Strike.

8. The Parties agree, stipulate, and respectfully request that the Court grant Plaintiff leave to file the Sur-Reply and consider it in ruling on the Motion to Strike.

9. The County reserves all objections to the contents of the Sur-Reply and its exhibits. Plaintiff reserves all arguments. This stipulation is not a concession by either Party on the merits of the Motion to Strike.

10. This stipulation does not set or change any deadline. All deadlines remain as provided by the Federal Rules of Civil Procedure and the Local Rules.

//

//

IT IS SO STIPULATED.

Dated this 23rd day of October 2026.
AHMAD LAW PLLC

__//s// Hawah S. Ahmad________
HAWAH S. AHMAD, ESQ.
Nevada State Bar No. 16374
300 S. Arlington Avenue, Ste. B
Reno, NV 89501
(775) 234-8760
ahmad@alawnv.com
Attorney for Plaintiff

Dated this 23rd day of October 2026.
WASHOE COUNTY

_/s/ Lindsay Liddell_____________
LINDSAY L. LIDDELL, ESQ.
Nevada State Bar No. 14079
Deputy District Attorney
District Attorney's Office
One South Sierra Street
Reno, NV 89501
(775) 337-5700
lliddell@da.washoecounty.gov
Attorney for Defendant

IT IS SO ORDERED.

_________________________________
UNITED STATES MAGISTRATE JUDGE

DATED: ________________________

**AHMAD LAW PLLC**
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
(775) 234-8760