# Exhibit 2

**Declaration of Hawah S. Ahmad, Esq. in Support of Plaintiff's Sur-Reply**

Exhibit 2

AHMAD LAW PLLC
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
(775) 234-8760

**DECLARATION OF HAWAH S. AHMAD, ESQ. IN SUPPORT OF PLAINTIFF'S SUR-REPLY**

I, Hawah S. Ahmad, declare as follows:

1. I am over the age of 18 and competent to testify to the matters stated herein.

2. I am a general jurisdiction attorney, in good standing, in the State of Nevada (NV Bar No. 16374).

3. I own AhmadLaw PLLC dba AhmadLaw and represent Plaintiff Cari-Ann P. Burgess in Case No. 3:25-cv-00065-NJK. I have personal knowledge of the facts stated in this declaration.

4. Exhibit 1 to Plaintiff's Sur-Reply is a true and correct copy of an email thread titled "Follow Up," printed from my firm email account. It contains six messages exchanged between February 14, 2025 and February 18, 2025.

5. I sent the messages dated February 14, 2025 at 11:17 a.m. (to Assistant District Attorney Nathan Edwards), 1:59 p.m., and 3:48 p.m. I received the messages from Deputy District Attorney Lindsay L. Liddell dated February 14, 2025 at 1:40 p.m. and 3:21 p.m., and February 18, 2025 at 4:47 p.m.

6. Portions of the February 14, 2025 messages sent at 1:40 p.m. and 1:59 p.m. that concern potential resolution of Plaintiff's claims have been redacted under Federal Rule of Evidence 408. The attachments referenced in the thread are not included. Apart from those redactions, the exhibit cover page, and the page numbers added at the bottom of each page, Exhibit 1 is unaltered.

7. My February 14, 2025 message at 1:59 p.m. refers to a "December 19, 2025 interview." The interview took place on December 19, 2024. The reference to 2025 is a typographical error in my original message.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 30, 2026, at Reno, Nevada.

/s/ Hawah S. Ahmad
Hawah S. Ahmad, Esq.

**AHMAD LAW PLLC**
300 S. Arlington Avenue, Ste B
Reno, Nevada 89501
(775) 234-8760