.LINDSAY L. LIDDELL
Deputy District Attorney
Nevada State Bar Number 14079
One South Sierra Street
Reno, NV 89501
lliddell@da.washoecounty.gov
(775) 337-5700
ATTORNEY FOR WASHOE COUNTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

CARI-ANN P. BURGESS,

Plaintiff,

vs.

WASHOE COUNTY,

Defendant.
_______________________________________/

Case No. 3:25-cv-00065-NJK

**NOTICE OF ERRATA TO REPLY IN SUPPORT OF MOTION TO STRIKE**

**(ECF No. 78)**

Defendant Washoe County ("County") hereby files its Notice of Errata to its Reply in Support of Motion to Strike. (ECF No. 78).

On page 6, lines 9 to 13, the sentence is hereby amended as follows:

> Rejecting a similar argument, one court noted that plaintiff "misunderstands the relevant amendment standard," which looks at when the party knew or should have known the underlying facts. *Hutchinson v. Lausell*, 672 F. Supp. 43, 46 (D.P.R. 1987) (finding undue delay where plaintiff waited eight months after filing the initial complaint and after dismissal motions were pending to seek leave to amend)

Upon review of Plaintiff's Sur-Reply and undersigned counsel's research notes, the Reply (ECF No. 78) misattributed a quotation to the aforementioned case: "one court noted that plaintiff 'misunderstands the relevant amendment standard…'" (ECF No. 78 at p. 6, lns. 9–13). While *Hutchinson* does not contain the quoted language, this misattribution was not made in bad faith. The quoted language was gathered in the course of undersigned counsel's research for the motion and its reply, which included a briefing in the case *GOGLIA NUTRITION, LLC, et al. v. John LEVAN, et al.*, 2:25-cv-08840-CAS-MAA, 2026 WL 1774103 (C.D. Cal.) Undersigned counsel collected the misattributed quoted language from *Defendant*

*Jon Hambidge's Opposition to Goglia Nutrition, LLC's Motion for Leave to File Second Amended Complaint* (*id.*), but failed to delineate within her research between that language and the paragraph that followed it in her notes, which was a quote from *Hutchinson* beginning with "Plaintiff's ill-conceived complaint…" *Hutchinson v. Lausell*, 672 F. Supp. 43, 46 (D.P.R. 1987). The research pulled from *Hutchinson* formed the basis for the case parenthetical identified above and in the Reply, and is an accurate representation of that case.

When counsel subsequently intended to cite the language from *Hutchinson* in the Reply, counsel inadvertently included the language from the preceding paragraph in her research notes, mistakenly believing it was part of the excerpt pulled from *Hutchinson* when it was actually briefing collected from *Goglia Nutrition. See Opposition to Goglia Nutrition, LLC's Motion for Leave to File Second Amended Complaint*, 2026 WL 1774103.

Undersigned counsel sincerely regrets the error. The County hereby files this erratum to candidly and humbly address it.

Dated this 3rd day of November 2026.

By /s/ Lindsay L. Liddell
LINDSAY L. LIDDELL
Deputy District Attorney
ATTORNEY FOR WASHOE COUNTY

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, the foregoing was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

HAWAH SAFA AHMAD

Dated this 3rd day of November, 2026.

By /s/ S. Haldeman
S. Haldeman