# EXHIBIT 1

Declaration of Bridget Perez

EXHIBIT 1

**DECLARATION OF BRIDGET PEREZ**

I, Bridget Perez, declare under penalty of perjury that the following statements are true to the best of my knowledge:

1. I am a Legal Secretary for the Washoe County District Attorney's Office.
2. On October 9, 2026, I deposited a Rule 11 Letter and the Motion for Sanctions in which this declaration is an exhibit regarding the Second Amended Complaint filed in *Burgess v. Washoe County*, United States District Court, District of Nevada case number 3:25-00065-NJK, in U.S. Mail. I sent courtesy copies of the same via email to attorney Hawah Ahmad and her staff at the following email addresses: ahmad@alawnv.com, morgan@alawnv.com, apalm@alawnv.com, admin@alawnv.com.

Dated this 9th day of October, 2026.

BRIDGET PEREZ