# EXHIBIT 2

Declaration of DDA Lindsay Liddell

EXHIBIT 2

**DECLARATION OF DEPUTY DISTRICT ATTORNEY LINDSAY L. LIDDELL**

**IN SUPPORT OF**

**MOTION FOR SANCTIONS**

I, Lindsay L. Liddell do hereby declare, under penalty of perjury, the following:

1. I am a Deputy District Attorney for the Washoe County District Attorney's Office. I am the primary attorney handling the defense for Washoe County in *Cari-Ann Burgess v. Washoe County* case no. 3:25-CV-00065-NJK. I am over the age of 18.

2. Exhibit 3 attached to the Motion for Sanctions is a true and correct copy of the email correspondence between myself and Burgess's attorney, Hawah Ahmad, from August 26, 2026, to September 10, 2026.

3. Exhibit 4 attached to the Motion for Sanctions is a true and correct copy of the letter I received via email from Ms. Ahmad on September 15, 2026.

4. Exhibit 5 attached to the Motion for Sanctions is a true and correct copy of the September 24, 2026 email I sent to Ms. Ahmad in response to the letter in Exhibit 4. The attachments to that email include Bethany Drysdale's declaration (attached to the Motion as Exhibit 6), the emails between Bethany Drysdale and journalist Joe Hart (attached to the Motion as Exhibit 7), a copy of Ms. Ahmad's September 10, 2026 public records request (attached to the Motion as Exhibit 9), a copy of the County's February 6, 2025 email to Burgess and Ms. Ahmad with the summary of Burgess's personnel investigation findings (attached to the Motion as Exhibit 11), and several emails from County staff to Burgess from January 2025 to February 2025 with copies of her pay statements (some of which are compiled in the emails attached to the Motion as Exhibit 14). As of the date and time of this declaration, I have not received a response to this email.

//

//

//

//

5. Exhibit 8 attached to the Motion for Sanctions is a true and correct copy of the September 2026 email correspondence between myself and journalist Joe Hart regarding Burgess's allegation of County media statements on Burgess's character in June 2026.

Dated this 9th day of October 2026.



LINDSAY L. LIDDELL