# EXHIBIT 5

Email_9.24.26
RE_ Burgess v. Washoe County -
Response to Email

EXHIBIT 5

**From:** Liddell, Lindsay L
**To:** Hawah Ahmad
**Cc:** Angie Pena; "Morgan Biaselli"
**Subject:** RE: Burgess v. Washoe County - Response to Email
**Date:** Thursday, September 24, 2026 4:25:00 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
Ex. Emails Between Drysdale and Joe Hart Re Burgess.pdf
Ex. Declaration of Bethany Drysdale Sept 2026 PDF.pdf
Copy of NPRA Request 26-2739.pdf
WC002602-WC2604 Email 2.6.25 Investigation Close Out.pdf
Email 1.31.25 Pay Statements- Pay period 19-2024 to 1-2025.pdf
Email 1.16.25 Pay Statement- 2025 Pay Period 2.pdf
Email 1.29.25 Pay Statement- 2025 Pay Period 3.pdf
Email 2.12.25 Pay Statement- 2025 Pay Period 4.pdf
Email 2.26.25 Pay Statement- 2025 Pay Period 5.pdf

---

Hi Hawah,

I'm writing in response to your September 15, 2026 letter. Attached is Ms. Drysdale's declaration that will be an exhibit to the County's Rule 11 motion unless the issue is resolved. Also attached is Ms. Drysdale's complete email correspondence with Joe Hart. Though you received this in a public records request on September 16th, I these have bates stamps and will be formally disclosed in a supplemental disclosure shortly. Also attached is that public records request you sent, which is referenced in Ms. Drysdale's declaration. A stipulation to simply alter these allegations to "information and belief" is insufficient because they are objectively false and I am unaware of any evidence that could support them.

Additionally, attached is a copy of the February 6, 2025 email that you were CC'd on which provided Burgess with a summary of the investigation findings. This was several days prior to Burgess's firing.

I've also attached email correspondence from HR to Burgess with her pay statements (one of which you were CC'd on). The SAC alleges that Burgess was required to exhaust her leave balances. However, this is objectively false. No vacation nor comp time balances were used, Burgess actually continued to accrue hours onto those balances during her leave, and she was paid out the value of all her vacation leave, comp time, and holiday comp time on her final paycheck. Sick leave was not paid out because per the Employee Handbook, employees don't get any payout for sick leave unless they've been employed for at least 10 years. (this handbook was attached to one of your filings in the case- the relevant section is on ECF No. 45-7, pp. 47-48).

If you would like to stipulate to voluntarily strike any of these allegations, and the others I previously mentioned, please let me know as soon as possible. Again, I am trying to save us both work. I do not want to engage in formal Rule 11 motion practice unless absolutely necessary. I'm providing you the attached documents in a good faith attempt to resolve this.

Respectfully,
Lindsay

**Lindsay L. Liddell**
**Deputy District Attorney**
**District Attorney's Office**
lliddell@da.washoecounty.gov | O: 775-337-5714
One South Sierra Street, Reno, NV 89501

**CONFIDENTIAL:** This e-mail, including any attachments, is intended only for the person or entity to which it is addressed. This e-mail may contain confidential information, proprietary information, and/or information which is protected by the attorney-client privilege or work product doctrine. The unauthorized review, use, forwarding, printing, copying, disclosure, or distribution of this e-mail is strictly prohibited. If you are not the intended recipient or have reason to believe you are not authorized to receive this e-mail, please promptly delete this message and notify the sender.

---

**From:** Morgan Biaselli <morgan@alawnv.com>
**Sent:** Tuesday, September 15, 2026 3:59 PM
**To:** Liddell, Lindsay L <lliddell@da.washoecounty.gov>
**Cc:** Angie Pena <admin@alawnv.com>; Hawah Ahmad <ahmad@alawnv.com>
**Subject:** Burgess v. Washoe County - Response to Email

**This Message Is From an External Sender**

This message came from outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.

Report Suspicious

Ms. Liddell,

Please find the attached correspondence from our office.

Thank you,

Morgan Biaselli
Ahmad Law PLLC
O: 775-234-8760

Notice of Confidentiality. This message is intended to be confidential and directed only to the person/entity as addressed above. Furthermore, the contents of this message and any attachments hereto may be subject to the attorney-client privilege and/or work

product doctrine and should not be disclosed to other parties or distributed or copied in any way. Any unauthorized use, distribution or copying of this communication is strictly prohibited. If you have received this message by error, please reply by e-mail to inform us and delete any copies from your hard drive. Thank you.