# EXHIBIT 6

Declaration of Bethany Drysdale

EXHIBIT 6

**DECLARATION OF BETHANY DRYSDALE**

I, Bethany Drysdale, do hereby declare, under penalty of perjury, the following:

1. I am the Media & Communications Manager for Washoe County. I held this position in 2020, and have continued to serve in that position. As the Media & Communications Manager, I am the centralized point of contact for Washoe County's public official communications, including providing official responses to requests from the media/press and in publishing official press statements regarding Washoe County.

2. I have not made any statement at any time from 2024 to the present on behalf of Washoe County to any journalist or member of the media/press, including Joe Hart that Cari-Ann Burgess "made threatening comments to other employees and was unfit for the job of overseeing elections." I have not approved the issuance of any such statement, and am likewise unaware of any staff acting on behalf of Washoe County issuing such a statement or any similar iterations thereof.

3. Joe Hart is a local journalist employed by News Channel 4. The emails identified with bates stamps WC02598-WC02601 are true and correct copies of my correspondence with Joe Hart regarding Cari-Ann Burgess and/or *Burgess v. Washoe County* in May 2026 and June 2026. The files attached to my email identified in bates number WC002600 are copies of the Court's Orders issued in *Burgess v. Washoe County* (ECF Nos. 62 and 63). I reviewed my telephone records and confirmed that I did not have any telephonic communication with Joe Hart in May 2026 or June 2026.

4. Page 1 of the document titled "Copy of NPRA Request 26-2739" is a true and correct copy of the public records request that Washoe County received from Hawah Ahmad on September 10, 2026, seeking copies of my communications with media/press from May 2026 to June 2026. Page 2 of the document titled "Copy of NPRA Request 26-2739" is a true and correct copy of messages providing responsive documents to Ms. Ahmad (email correspondence on September 16, 2026, and screenshots of call logs and a voicemail on September 18, 2026), and the message closing the public records request on September 18,

2026. The emails provided to Ms. Ahmad on September 16, 2026, include the emails identified in bates numbers WC02598-WC02601, as well as other correspondence unrelated to Cari-Ann Burgess. The telephone call logs and voicemail provided are unrelated to Cari-Ann Burgess.

Dated this 24th day of September, 2026.

BETHANY DRYSDALE