# EXHIBIT 7

Emails Between Bethany Drysdale and Joe Hart
Re Burgess

EXHIBIT 7

**From:** Joe Hart
**To:** Drysdale, Bethany
**Subject:** RE: [EXT]RE: News 4
**Date:** Tuesday, June 9, 2026 12:51:01 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png
image007.png

---

**This Message Is From an External Sender**
This message came from outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.

Report Suspicious

Great thank you!

---

**From:** Drysdale, Bethany <BDrysdale@washoecounty.gov>
**Sent:** Tuesday, June 9, 2026 9:06 AM
**To:** Joe Hart <jmhart@sbgtv.com>
**Subject:** RE: [EXT]RE: News 4

Yes, that's correct.

**Bethany Drysdale | Media & Communications Manager**
**Communications Division | Office of the County Manager**
bdrysdale@washoecounty.gov | Cell: 775.313.8582
1001 E. 9th Street, Building A, Reno, Nevada 89512

---

**From:** Joe Hart <jmhart@sbgtv.com>
**Sent:** Tuesday, June 9, 2026 9:04 AM
**To:** Drysdale, Bethany <BDrysdale@washoecounty.gov>
**Subject:** Re: [EXT]RE: News 4

Ok that helps. And that is in federal court?
Sent from my iPhone

> On Jun 9, 2026, at 8:51 AM, Drysdale, Bethany <BDrysdale@washoecounty.gov> wrote:
>
> **CAUTION:** This email originated from outside of Sinclair. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Thanks! There's no update on the lawsuit. Still awaiting the court's decision on our motion to dismiss.
>
> <image001.png>
> **Bethany Drysdale | Media & Communications Manager**
> **Communications Division | Office of the County Manager**
> bdrysdale@washoecounty.gov | Cell: 775.313.8582
> 1001 E. 9th Street, Building A, Reno, Nevada 89512
> <image002.png> <image003.png> <image004.png> <image005.png> <image006.png> <image007.png>
>
> ---
>
> **From:** Joe Hart <jmhart@sbgtv.com>
> **Sent:** Tuesday, June 9, 2026 8:45 AM
> **To:** Drysdale, Bethany <BDrysdale@washoecounty.gov>
> **Subject:** News 4
>
> Hi Bethany,

Good luck with everything today.
Do you happen to have an update on where things stand with former registrar Carri Anne Burgess?
It looks like she filed a federal lawsuit, is that the latest on her case or has the county taken any other action at all?
I just want to do a general update tonight for my Ask Joe segment.
Thank you,
Joe
Sent from my iPhone

**From:** Joe Hart
**To:** Drysdale, Bethany
**Subject:** Re: [EXT]Burgess lawsuit update
**Date:** Friday, June 12, 2026 12:01:18 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png
image007.png

**This Message Is From an External Sender**
This message came from outside of Washoe County – DO NOT CLICK on links or open attachments unless you are sure the content is safe.
Report Suspicious

Oh wow.. great timing Bethany, thank you for the update!
Is the whole case dismissed? I'll have to read the order.
Thank you for following up!
Joe
Sent from my iPhone

On Jun 12, 2026, at 9:39 AM, Drysdale, Bethany <BDrysdale@washoecounty.gov> wrote:

**CAUTION:** This email originated from outside of Sinclair. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Joe – Your question about the Burgess lawsuit came just a couple of days too early. The court issued two orders in the case yesterday:

- The court granted our motion to dismiss. Burgess is required to file any amended complaint by July 1.
- The Court also issued an Order denying Ms. Burgess/Ms. Ahmad's motion to disqualify the D.A.'s office as counsel in the case. The Court correctly found that the D.A. did not have any personal-level attorney-client relationship with Ms. Burgess, and therefore there is no conflict.

I am attaching the orders for your reference.
Thank you,
Bethany

<image001.png>
**Bethany Drysdale | Media & Communications Manager**
**Communications Division | Office of the County Manager**
bdrysdale@washoecounty.gov | Cell: 775.313.8582
1001 E. 9th Street, Building A, Reno, Nevada 89512
<image002.png> <image003.png> <image004.png> <image005.png> <image006.png> <image007.png>

<062 ORDER-06.11.26.pdf>
<063 ORDER-06.11.26.pdf>

**From:** Joe Hart
**To:** Drysdale, Bethany
**Subject:** RE: [EXT]Re: Statement
**Date:** Friday, June 12, 2026 3:01:58 PM

**This Message Is From an External Sender**
This message came from outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.

Report Suspicious

Great… thanks so much we'll run something tonight.

Have a nice weekend!
Joe

---

**From:** Drysdale, Bethany <BDrysdale@washoecounty.gov>
**Sent:** Friday, June 12, 2026 2:47 PM
**To:** Joe Hart <jmhart@sbgtv.com>
**Subject:** [EXT]Re: Statement

**CAUTION:** This email originated from outside of Sinclair. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I confirmed that yes, the whole lawsuit was dismissed.

Get Outlook for iOS

---

**From:** Drysdale, Bethany
**Sent:** Friday, 12 June 2026 14:41:00
**To:** Joe Hart <jmhart@sbgtv.com>
**Subject:** Statement

In the event Ms. Burgess proceeds with an amended complaint, the County will continue to vigorously defend the claims.

Get Outlook for iOS