# EXHIBIT 8

Emails Between DDA Liddell and Joe Hart

EXHIBIT 8

**From:** Joe Hart
**To:** Liddell, Lindsay L
**Subject:** Re: [EXT]Clarification Requested re Burgess v. Washoe County
**Date:** Friday, September 11, 2026 10:14:04 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png

---

**This Message Is From an External Sender**
This message came from outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.

Report Suspicious

I'm happy to help..
Joe
Sent from my iPhone

On Sep 11, 2026, at 10:07 AM, Liddell, Lindsay L <lliddell@da.washoecounty.gov> wrote:

Hi Joe,

Thank you so much for looking into that and verifying. I'm sorry you were dragged into this. I very much appreciate your time.

I hope you have a great weekend!

Sincerely,
Lindsay

<image001.png>

**Lindsay L. Liddell**
**Deputy District Attorney**
**District Attorney's Office**
lliddell@da.washoecounty.gov | O: 775-337-5714
One South Sierra Street, Reno, NV 89501

<image002.png>
<image003.png>
<image004.png>

<image005.jpg>

**CONFIDENTIAL:** This e-mail, including any attachments, is intended only for the person or entity to which it is addressed. This e-mail may contain confidential information, proprietary information, and/or information which is protected by the attorney-client privilege or work product doctrine. The unauthorized review, use, forwarding, printing,

copying, disclosure, or distribution of this e-mail is strictly prohibited. If you are not the intended recipient or have reason to believe you are not authorized to receive this e-mail, please promptly delete this message and notify the sender.

---

**From:** Joe Hart <jmhart@sbgtv.com>
**Sent:** Friday, September 11, 2026 7:27 AM
**To:** Liddell, Lindsay L <lliddell@da.washoecounty.gov>
**Subject:** Re: [EXT]Clarification Requested re Burgess v. Washoe County

Hi Lindsay,
I believe that information came from the court documents. I reviewed a Facebook post I had written and it does say the information was from court records.
I hope that helps,
Joe Hart
News 4
775-771-3411
Sent from my iPhone

On Sep 10, 2026, at 1:00 PM, Joe Hart <jmhart@sbgtv.com> wrote:

Hi Lindsay,
Let me go back over the article to refresh my memory on that story... my recollection is that some information came from Bethany and some from previously published stories. I will double check..

Thank you,
Joe

---

**From:** Liddell, Lindsay L <lliddell@da.washoecounty.gov>
**Sent:** Thursday, September 10, 2026 12:12 PM
**To:** Joe Hart <jmhart@sbgtv.com>
**Subject:** [EXT]Clarification Requested re Burgess v. Washoe County

You don't often get email from lliddell@da.washoecounty.gov. Learn why this is important

**CAUTION:** This email originated from outside of Sinclair. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Mr. Hart,

I am the attorney representing Washoe County in the Carri-Ann Burgess case (the former Registrar of Voters for Washoe County). Burgess's attorney, Hawah Ahmad, identified you as the source of some information alleged in the latest amended complaint attached. I'm writing to get some clarification directly from you if possible before taking formal action in the case to address Burgess's allegations.

Specifically, Burgess's Second Amended Complaint in paragraphs 107, 146, 216, 228, and 270 allege things like in **June 2026** "County officials told the press that Plaintiff had made threatening comments to other employees and was unfit for the job of overseeing elections." I spoke to Bethany Drysdale, who provided me with the media statement she gave you in June (attached). Obviously, that statement does not contain any of the rhetoric that Burgess alleges the County stated, and instead just has the recent Court Orders from the case. In addressing this, Ms. Ahmad also claimed that there were also "multiple phone calls" from Ms. Drysdale (email correspondence attached for reference). However, Ms. Drysdale checked her phone records and did not see any phone calls with you in May or June 2026. However, Ms. Ahmad stated "our source is Joe Hart."

Because Ms. Ahmad is stating you are the "source" of this information, can you clarify whether anyone from the County made comments in June 2026 to you to such as Burgess made threatening comments and was unfit for her job? In reading your article, I assumed that the information came directly from the documents publicly filed in the case rather than from any "statement" to you. If you could verify or clarify that, I would very much appreciate it. Thank you in advance for your time.

Sincerely,
Lindsay Liddell

<image001.png>

**Lindsay L. Liddell**
**Deputy District Attorney**
**District Attorney's Office**
lliddell@da.washoecounty.gov | O: 775-337-5714
One South Sierra Street, Reno, NV 89501

<image002.png>
<image003.png>
<image004.png>

<image005.jpg>

**CONFIDENTIAL:** This e-mail, including any attachments, is intended only for the person or entity to which it is addressed. This e-mail may contain confidential information, proprietary information, and/or information which is protected by the attorney-client privilege or work product doctrine. The unauthorized review, use, forwarding, printing, copying, disclosure, or distribution of this e-mail is strictly prohibited. If you are not the intended recipient or have reason to believe you are not authorized to receive this e-mail, please promptly delete this message and notify the sender.