# EXHIBIT 9

NPRA Request 26-2739

EXHIBIT 9

# Washoe County, NV Public Record Requests

Request #26-2739
Closed
As of September 24, 2026, 1:26pm
Request Visibility: Published - department only

## Details

Pursuant to NRS Chapter 239, this office requests copies of the following public records in the custody or control of Washoe County, its officers, employees, or agents:

All emails, text messages, call logs, voicemails, and other written or electronic communications sent or received by Bethany Drysdale, in her capacity as a Washoe County spokesperson or public information officer, to or from Joe Hart or any address or number associated with mynews4, Ask Joe, or a comparable news outlet, from May 1, 2026 through June 30, 2026. This includes communications made or stored on personal devices or personal accounts, to the extent they concern county business.

This request includes, without limitation, any communication referencing Cari-Ann Burgess or the Washoe County Registrar of Voters' office.

If any portion of this request is denied, please identify the specific legal authority for each denial under NRS 239.0107(1)(d) and produce all reasonably segregable non-exempt portions. If the scope requires clarification or narrowing to permit a timely response, please contact this office promptly so the request can be discussed rather than delayed.

---

*Received*

**September 10, 2026** via web

---

*Requester*

**Hawah Ahmad**

admin@alawnv.com
300 S Arlington Ave, Ste B, reno, NV 89501
7752348760
Ahmad Law

## Message to requester

Requester + Staff

Greetings,

Thank you for your patience while staff completed this public records request. Below, please find the link/file to access the requested information.

#26-2739

Sincerely,

**Washoe311 Public Records Requests**

September 16, 2026, 12:01pm

## Document(s) released to requester

Requester + Staff

Image (6).png
voicemail-360D2488-E46E-411C-8339-A9D611A40B16_7515.m4a
Image (67).jpg

September 18, 2026, 11:15am

## Request closed

All records have been released, and your request has been fulfilled.

Thank you,

**Washoe311 Public Records Requests**

September 18, 2026, 4:21pm