# EXHIBIT 10

Email_2.6.25_Investigation Close Out

EXHIBIT 10

**From:** McBride, Cole on behalf of McBride, Cole <CMcBride@washoecounty.gov>
**To:** cjbkeall@msn.com
**Cc:** Ahmad@alawnv.com
**Subject:** Investigation Close Out
**Date:** Thursday, February 6, 2025 3:26:41 PM
**Attachments:** CB - Close Out letter.pdf
image001.png
image002.png
image003.png
image004.png
image005.png
**Importance:** High

---

Good afternoon, Cari-Anne,

I have attached a close out letter for you following the recent investigation that was conducted. I would very much appreciate a response that you have received this letter as soon as possible. If you have any questions, please feel free to contact me.

Respectfully,

**Cole McBride**
**Senior HR Analyst | Department of Human Resources**
cmcbride@washoecounty.gov | Office: 775.328.2093| Cell: 775.531.0026
1001 E Ninth Street Bldg A Room 220, Reno, NV 89512
Office Hours: Monday-Friday | 8:00am-5:00pm

**CONFIDENTIAL AND PRIVILEGED COMMUNICATION AND WORK PRODUCT**

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return email, delete this communication and destroy all copies.

**DATE:** February 5, 2025

**TO:** Cari-Ann Burgess, Interim Registrar of Voters

**FROM:** Cole McBride, Senior Human Resources Analyst

**RE:** Summary of Findings and Conclusions of Investigation

The purpose of this memorandum is to summarize the findings and conclusions of the investigation into concerns regarding alleged violations of the Washoe County Code of Conduct and Washoe County Core Competencies by you. Washoe County Human Resources initiated an investigation into the allegations, which was conducted by an impartial outside investigator, Ms. Cayla Witty, Esq., of the law firm Jackson Lewis P.C.

In general, it was alleged that you violated the Washoe County Code of Conduct and Core Competencies in the execution of your duties as Interim Registrar of Voters (ROV) and following the leave of absence that commenced on September 25, 2024.

The investigation encompassed witness interviews and a review of relevant documents, including various Washoe County Policies, written correspondence and other related materials. The investigator's findings and conclusions are summarized as follows:

- The investigator found evidence to **substantiate** violations of the County Code of Conduct by you. Specifically, the evidence revealed that you violated Section C, subparts 1 (Honesty), 2 (Respect), 3 (Duty to Serve the Public), and 8 (Promoting a Positive Work Environment – No Bullying) of the County Code of Conduct.
- For Section C.1 (Honesty), there were significant inaccuracies you provided both publicly and within the County and ROV office that constituted misrepresentations. The investigator also found your reported overtime to be in violation of section C.1. It was determined that your reported time was excessive and there was no reasonable explanation that your accounted time accurately captured time you worked in light of audited electronic information.
- For Section C.2 (Respect), there were witnessed examples of you refusing to recognize the contributions of employees, including denying the necessary support and coverage for your own duties as well as those of your employees. There was also evidence showing unprofessional actions on your part when you discussed employees inappropriately and made threats in the workplace. You dismissed the threats as being joking in nature. The investigator determined these same inappropriate discussions and comments violated Section C.8 (Promoting a Positive Work Environment) because they were rude and intimidating, especially because of the high-level management position you held.
- The investigator also determined that you lacked the competency to serve in your position and your conduct violated Section C.3 (Duty to Serve) of the Code of Conduct.

You demonstrated a lack of knowledge concerning the application of laws, regulations, and procedures governing elections. You also demonstrated a lack of knowledge on budgeting for the department, including failing to plan for projected overtime, as well as failing to properly track expenditures within grant funding requirements and other County policies and procedures.

- The investigation also revealed evidence suggesting violations of other subsections of the Code of Conduct, including Fairness and Tolerance, and that you might lack other Core Competencies that impact your ability to serve as Interim ROV. But in weighing these other concerns, the evidence did not rise to the level to demonstrate the same violations as discussed above.

In closing, Human Resources will be closing out this investigation and will work with management on appropriate ways to address the findings and conclusions made by the Investigator. Please be aware that Washoe County will not permit retaliation against an employee for filing a complaint or providing information related to a complaint and will not tolerate retaliation by management, employees, or coworkers.

If you have any questions regarding the above, please feel free to contact me.

cc. Investigative file