# EXHIBIT 11

Declaration of Cole McBride

EXHIBIT 11

**DECLARATION OF COLE McBRIDE**

I, Cole McBride, declare under penalty of perjury that the following statements are true to the best of my knowledge:

1. I am a Manager for the Washoe County Human Resources Department. My job duties include investigating workplace misconduct, and processing employee investigations.

2. The email identified with bates stamps WC002602-WC2604 is a true and correct copy of the email I sent on February 6, 2025, to Cari-Ann Burgess's personal email address with her attorney, Hawah Ahmad, copied, providing them with copy of the summary of the investigation into Cari-Ann Burgess's work performance. The "Summary of Findings and Conclusions of Investigation" document attached to the email in WC002603-WC2604 is a true and correct copy of the investigation summary for Ms. Burgess, that was provided to her in the email identified in WC002602.

Dated this 29th day of September, 2026.

[signature]

COLE MCBRIDE