# EXHIBIT 13

Emails Between HR and Burgess with Pay Statements

EXHIBIT 13

**From:** Hurley, Patricia
**To:** Cari Burgess
**Subject:** Re: Burgess
**Date:** Tuesday, November 5, 2024 3:21:54 PM
**Attachments:** Burgess Cari-Ann Pay Statements.pdf

---

Good afternoon,

Please find attached your requested information. We were waiting for payroll to finish so you have the most recent pay stub and balances.

Sincerely,
Patricia Hurley
HR Director

On Oct 31, 2024, at 3:09 PM, Cari Burgess <cjbkeall@msn.com> wrote:

**Be Careful With This Message**
The sender may be an impostor.

Report Suspicious

<!--[if !((ie)|(mso))]-->

**Be Careful With This Message**
The sender may be an impostor.

Report Suspicious

<!--[endif]--> Thank you Patricia, I appreciate it!!
Sent from my iPhone

On Oct 31, 2024, at 3:06 PM, Hurley, Patricia <PHurley@washoecounty.gov> wrote:

Hi Cari Ann,

I will work on those and get them to you.

Sincerely,
Patricia Hurley
HR Director

On Oct 31, 2024, at 3:04 PM, Cari Burgess
<cjbkeall@msn.com> wrote:

Hello Patricia,

Can I get a copy of my paystubs since I left please?
I need to see where my amounts are.

Thank you,

Cari Ann Burgess

Sent from my iPhone

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 23/2024 |
| Pers. No. | 00013975 | Pay Period | 10/21/2024 - 11/03/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Regular Pay | | | | 79,030.16 |
| Holiday Pay | 8.00 | 54.17 | 433.36 | 3,824.40 |
| Comp Hours Used | 17.00 | 54.17 | 920.89- | 2,481.22 |
| Sick Hours Used | 51.00 | 54.17 | 2,762.67- | 4,333.60 |
| Personal Hours Us | 12.00 | 54.17 | 650.04- | |
| Admin Leave | 80.00 | 54.17 | 4,333.60 | |
| Admin Leave | 72.00 | 54.17 | 3,900.24 | 8,233.84 |
| Holiday Worked (1 | | | | 1,696.14 |
| Overtime Straight | | | | 54,473.36 |
| Special Salary Ad | 80.00 | 5.42 | 433.60 | 15,502.89 |
| Total Gross | | | 4,767.20 | 169,575.61 |
| Payment Date | | | 11/08/2024 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 66.28 | 2,396.26 |
| PERS | 1,451.76 | 33,365.82 |
| Ins ER | 448.74 | 10,152.41 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 380.30 | 21,461.15 |
| MedcarEE | 66.28 | 2,396.26 |
| 457 Plan | 130.01 | 2,937.17 |
| Ins EE | 146.20 | 3,216.40 |
| HSA EE | 50.00 | 1,100.00 |
| Total Deductions | 772.79 | 31,110.98 |
| Net Pay | | 3,994.41 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 116.02 | 4.62 | 0.00 | 120.64 | 0.00 |
| Sick Leave | 55.95 | 4.62 | 0.00 | 60.57 | 80.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 41.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 6.00 |
| Personal Leave | 12.00 | 0.00 | 0.00 | 12.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

11/03/2024

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 22/2024 |
| Pers. No. | 00013975 | Pay Period | 10/07/2024 - 10/20/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Regular Pay | | | | 79,030.16 |
| Holiday Pay | | | | 3,391.04 |
| Comp Hours Used | 17.00 | 54.17 | 920.89 | 3,402.11 |
| Sick Hours Used | 51.00 | 54.17 | 2,762.67 | 7,096.27 |
| Personal Hours Us | 12.00 | 54.17 | 650.04 | 650.04 |
| Holiday Worked (1 | | | | 1,696.14 |
| Overtime Straight | | | | 54,473.36 |
| Special Salary Ad | 80.00 | 5.42 | 433.60 | 15,069.29 |
| Total Gross | | | 4,767.20 | 164,808.41 |
| Payment Date | | | 10/24/2024 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 66.28 | 2,329.98 |
| PERS | 1,451.76 | 31,914.06 |
| Ins ER | 448.74 | 9,703.67 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 380.30 | 21,080.85 |
| MedcarEE | 66.28 | 2,329.98 |
| 457 Plan | 130.01 | 2,807.16 |
| Ins EE | 146.20 | 3,070.20 |
| HSA EE | 50.00 | 1,050.00 |
| Total Deductions | 772.79 | 30,338.19 |
| Net Pay | | 3,994.41 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 111.41 | 4.62 | 0.00 | 116.02 | 0.00 |
| Sick Leave | 51.32 | 4.62 | 0.00 | 55.95 | 80.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 41.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 6.00 |
| Personal Leave | 12.00 | 0.00 | 0.00 | 12.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

10/20/2024

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 21/2024 |
| Pers. No. | 00013975 | Pay Period | 09/23/2024 - 10/06/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Regular Pay | | | | 79,030.16 |
| Holiday Pay | | | | 3,391.04 |
| Comp Hours Used | | | | 2,481.22 |
| Sick Hours Used | 80.00 | 54.17 | 4,333.60 | 4,333.60 |
| Holiday Worked (1 | | | | 1,696.14 |
| Overtime Straight | | | | 54,473.36 |
| Special Salary Ad | 80.00 | 5.42 | 433.60 | 14,635.69 |
| Total Gross | | | 4,767.20 | 160,041.21 |
| Payment Date | | | 10/11/2024 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 66.28 | 2,263.70 |
| PERS | 1,451.76 | 30,462.30 |
| Ins ER | 448.74 | 9,254.93 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 380.30 | 20,700.55 |
| MedcarEE | 66.28 | 2,263.70 |
| 457 Plan | 130.01 | 2,677.15 |
| Ins EE | 146.20 | 2,924.00 |
| HSA EE | 50.00 | 1,000.00 |
| Total Deductions | 772.79 | 29,565.40 |
| Net Pay | | 3,994.41 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 106.79 | 4.62 | 0.00 | 111.41 | 0.00 |
| Sick Leave | 126.70 | 4.62 | 80.00 | 51.32 | 80.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 41.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 6.00 |
| Personal Leave | 12.00 | 0.00 | 0.00 | 12.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

10/06/2024

WASHOE COUNTY, NEVADA 1861

1001 E. Ninth Street, Room B-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 20/2024 |
| Pers. No. | 00013975 | Pay Period | 09/09/2024 - 09/22/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Regular Pay | 80.00 | 54.17 | 4,333.60 | 79,030.16 |
| Holiday Pay | | | | 3,391.04 |
| Comp Hours Used | | | | 2,481.22 |
| Holiday Worked (1 | | | | 1,696.14 |
| Overtime Straight | 31.00 | 54.17 | 1,679.28 | 54,473.36 |
| Special Salary Ad | 111.00 | 5.42 | 601.62 | 14,202.09 |
| Total Gross | | | 6,614.50 | 155,274.01 |
| Payment Date | | | 09/27/2024 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 93.07 | 2,197.42 |
| PERS | 1,451.76 | 29,010.54 |
| Ins ER | 448.74 | 8,806.19 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 755.81 | 20,320.25 |
| MedcarEE | 93.07 | 2,197.42 |
| 457 Plan | 130.01 | 2,547.14 |
| Ins EE | 146.20 | 2,777.80 |
| HSA EE | 50.00 | 950.00 |
| Total Deductions | 1,175.09 | 28,792.61 |
| Net Pay | | 5,439.41 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 102.17 | 4.62 | 0.00 | 106.79 | 0.00 |
| Sick Leave | 122.07 | 4.62 | 0.00 | 126.70 | 0.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 41.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 6.00 |
| Personal Leave | 12.00 | 0.00 | 0.00 | 12.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

09/22/2024

WASHOE COUNTY, NEVADA 1861

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 19/2024 |
| Pers. No. | 00013975 | Pay Period | 08/26/2024 - 09/08/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Regular Pay | 72.00 | 54.17 | 3,900.24 | 74,696.56 |
| Holiday Pay | 8.00 | 54.17 | 433.36 | 3,391.04 |
| Comp Hours Used | | | | 2,481.22 |
| Holiday Worked (1 | | | | 1,696.14 |
| Overtime Straight | 74.00 | 54.17 | 4,008.58 | 52,794.08 |
| Special Salary Ad | 154.00 | 5.42 | 834.68 | 13,600.47 |
| Total Gross | | | 9,176.86 | 148,659.51 |
| Payment Date | | | 09/13/2024 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 130.21 | 2,104.35 |
| PERS | 1,451.76 | 27,558.78 |
| Ins ER | 448.74 | 8,357.45 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 1,319.53 | 19,564.44 |
| MedcarEE | 130.21 | 2,104.35 |
| 457 Plan | 130.01 | 2,417.13 |
| Ins EE | 146.20 | 2,631.60 |
| HSA EE | 50.00 | 900.00 |
| Total Deductions | 1,775.95 | 27,617.52 |
| Net Pay | | 7,400.91 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 97.56 | 4.62 | 0.00 | 102.17 | 0.00 |
| Sick Leave | 117.45 | 4.62 | 0.00 | 122.07 | 0.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 41.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 6.00 |
| Personal Leave | 12.00 | 0.00 | 0.00 | 12.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

09/08/2024

**From:** Hurley, Patricia on behalf of Hurley, Patricia <PHurley@washoecounty.gov>
**To:** Cari Burgess
**Cc:** Ahmad@alawnv.com
**Subject:** RE: Burgess pay stub 2025
**Date:** Thursday, January 2, 2025 8:40:06 AM
**Attachments:** Paycheck Stubs.docx
image001.png
image002.png
image003.png
image004.png
image005.png

---

Good morning,

Please find attached as requested. I have included both PP# 26/24 & PP# 01/25. Thank you, Patricia

**Patricia Hurley**
**Director | Department of Human Resources**
phurley@washoecounty.gov| Office: 775.328.2087 | Fax: 775.328.6119
1001 E. Ninth St., Bldg. A, Reno, NV 89512
Office Hours: Monday-Friday | 8:00am-5:00pm

---

**From:** Cari Burgess <cjbkeall@msn.com>
**Sent:** Thursday, January 2, 2025 8:03 AM
**To:** Hurley, Patricia <PHurley@washoecounty.gov>
**Cc:** Ahmad@alawnv.com
**Subject:** Burgess pay stub 2025

**Be Careful With This Message**
The sender may be an impostor.
Report Suspicious

Good morning Patricia,

Can I get a copy of my latest pay stub please?

Thank you,
Cari-Ann Burgess

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 26/2024 |
| Pers. No. | 00013975 | Pay Period | 12/02/2024 - 12/15/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Regular Pay | | | | 79,030.16 |
| Holiday Pay | | | | 5,124.48 |
| Comp Hours Used | | | | 2,481.22 |
| Sick Hours Used | | | | 4,333.60 |
| Admin Leave | 80.00 | 54.17 | 4,333.60 | 19,934.56 |
| Holiday Worked (1 | | | | 1,696.14 |
| Overtime Straight | | | | 54,473.36 |
| Special Salary Ad | 80.00 | 5.42 | 433.60 | 16,803.69 |
| Total Gross | | | 4,767.20 | 183,877.21 |
| Payment Date | | | 12/20/2024 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 66.28 | 2,595.10 |
| PERS | 1,451.76 | 37,721.10 |
| Ins ER | 448.74 | 11,498.63 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 380.30 | 22,602.05 |
| MedcarEE | 66.28 | 2,595.10 |
| 457 Plan | 130.01 | 3,327.20 |
| Ins EE | 146.20 | 3,655.00 |
| HSA EE | 50.00 | 1,250.00 |
| Total Deductions | 772.79 | 33,429.35 |
| Net Pay | | 3,994.41 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 129.87 | 4.62 | 0.00 | 134.49 | 0.00 |
| Sick Leave | 69.82 | 4.62 | 0.00 | 74.44 | 80.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 41.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 6.00 |
| Personal Leave | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 01/2025 |
| Pers. No. | 00013975 | Pay Period | 12/16/2024 - 12/29/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Holiday Pay | 8.00 | 54.17 | 433.36 | 433.36 |
| Admin Leave | 72.00 | 54.17 | 3,900.24 | 3,900.24 |
| Total Gross | | | 4,333.60 | 4,333.60 |
| Payment Date | | | 01/03/2025 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 59.99 | 59.99 |
| PERS | 1,451.76 | 1,451.76 |
| Ins ER | 448.74 | 448.74 |
| HSA ER | 2,500.00 | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 324.08 | 324.08 |
| MedcarEE | 59.99 | 59.99 |
| 457 Plan | 130.01 | 130.01 |
| Ins EE | 146.20 | 146.20 |
| HSA EE | 50.00 | 50.00 |
| Total Deductions | 710.28 | 710.28 |
| Net Pay | | 3,623.32 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 134.49 | 4.62 | 0.00 | 139.10 | 0.00 |
| Sick Leave | 74.44 | 4.62 | 0.00 | 79.07 | 0.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 0.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 |
| Personal Leave | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

| | |
|---|---|
| **From:** | Korson, Cathie |
| **To:** | cjbkeall@msn.com |
| **Cc:** | Hurley, Patricia; Korson, Cathie |
| **Subject:** | RE: Burgess pay stub 1/10/25 |
| **Date:** | Thursday, January 16, 2025 1:49:00 PM |
| **Attachments:** | Burgess.docx<br>image006.png<br>image007.png<br>image008.png<br>image009.png<br>image010.png<br>image011.png<br>image012.png<br>image013.png<br>image014.png<br>image015.png |

Good afternoon –

Attached, please find your requested pay stub for PP# 02/25; pay date: 01/17/25.

Thank you.


**Cathie Korson**
**HR Manager – Employee Services | Department of Human Resources**
ckorson@washoecounty.gov | Office: 775.328.2092 | Fax: 775.328.6119
1001 E. Ninth St., Bldg. A, Reno, NV 89512
Work Schedule: 8-5; M-W (Remote), Th & F (Office)


**From:** Hurley, Patricia <PHurley@washoecounty.gov>
**Sent:** Thursday, January 16, 2025 12:37 PM
**To:** Korson, Cathie <CKorson@washoecounty.gov>
**Subject:** FW: Burgess pay stub 1/10/25

Hi Cat,

Can you please see below? Thanks, Patricia


**Patricia Hurley**
**Director | Department of Human Resources**
phurley@washoecounty.gov| Office: 775.328.2087 | Fax: 775.328.6119
1001 E. Ninth St., Bldg. A, Reno, NV 89512
Office Hours: Monday-Friday | 8:00am-5:00pm


**From:** Cari Burgess <cjbkeall@msn.com>
**Sent:** Thursday, January 16, 2025 12:36 PM

**To:** Hurley, Patricia <PHurley@washoecounty.gov>
**Cc:** Ahmad@alawnv.com
**Subject:** Burgess pay stub 1/10/25

**Be Careful With This Message**

The sender may be an impostor.

Report Suspicious

Hello,

Can I please get a copy of my pay stub.

Thank you,
Cari Ann

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 02/2025 |
| Pers. No. | 00013975 | Pay Period | 12/30/2024 - 01/12/2025 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Holiday Pay | 8.00 | 54.17 | 433.36 | 866.72 |
| Admin Leave | 72.00 | 54.17 | 3,900.24 | 7,800.48 |
| Special Salary Ad | 80.00 | 5.42 | 433.60 | |
| Special Salary Ad | 80.00 | 5.42 | 433.60 | 867.20 |
| Total Gross | | | 5,200.80 | 9,534.40 |
| Payment Date | | | 01/17/2025 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 72.48 | 132.47 |
| PERS | 1,451.76 | 2,903.52 |
| Ins ER | 469.94 | 918.68 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 427.43 | 751.51 |
| MedcarEE | 72.48 | 132.47 |
| 457 Plan | 130.01 | 260.02 |
| Ins EE | 152.12 | 298.32 |
| HSA EE | 50.00 | 100.00 |
| Total Deductions | 832.04 | 1,542.32 |
| Net Pay | | 4,368.76 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 139.10 | 4.62 | 0.00 | 143.72 | 0.00 |
| Sick Leave | 79.07 | 4.62 | 0.00 | 83.69 | 0.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 0.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 |
| Personal Leave | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

**From:** Korson, Cathie
**To:** cjbkeall@msn.com
**Cc:** Hurley, Patricia; Korson, Cathie
**Subject:** Paycheck Stub PP#03 25 (Pay Date: 01/31/25)
**Date:** Wednesday, January 29, 2025 8:28:10 AM
**Attachments:** burgess_PP_03_25.docx
image001.png
image002.png
image003.png
image004.png
image005.png

---

Good morning –

For your records, please find a copy of your paycheck stub for PP#03/25 (Pay Date: 01/31/25).

Thank you.

**Cathie Korson**
**HR Manager – Employee Services | Department of Human Resources**
ckorson@washoecounty.gov | Office: 775.328.2092 | Fax: 775.328.6119
1001 E. Ninth St., Bldg. A, Reno, NV 89512
Work Schedule: 8-5; M-W (Remote), Th & F (Office)

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 03/2025 |
| Pers. No. | 00013975 | Pay Period | 01/13/2025 - 01/26/2025 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Holiday Pay | 8.00 | 54.17 | 433.36 | 1,300.08 |
| Admin Leave | 72.00 | 54.17 | 3,900.24 | 11,700.72 |
| Special Salary Ad | 80.00 | 5.42 | 433.60 | 1,300.80 |
| Total Gross | | | 4,767.20 | 14,301.60 |
| Payment Date | | | 01/31/2025 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 66.18 | 198.65 |
| PERS | 1,451.76 | 4,355.28 |
| Ins ER | 473.47 | 1,392.15 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 375.28 | 1,126.79 |
| MedcarEE | 66.18 | 198.65 |
| 457 Plan | 130.01 | 390.03 |
| Ins EE | 153.11 | 451.43 |
| HSA EE | 50.00 | 150.00 |
| Total Deductions | 774.58 | 2,316.90 |
| Net Pay | | 3,992.62 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 143.72 | 4.62 | 0.00 | 148.33 | 0.00 |
| Sick Leave | 83.69 | 4.62 | 0.00 | 88.31 | 0.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 0.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 |
| Personal Leave | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

**From:** Korson, Cathie
**To:** Cari Burgess
**Cc:** Hurley, Patricia; Korson, Cathie
**Subject:** RE: Paycheck Stub PP#03 25 (Pay Date: 01/31/25)
**Date:** Friday, January 31, 2025 10:15:10 AM
**Attachments:** Burgess Cari-Ann.pdf
image001.png
image002.png
image003.png
image004.png
image005.png

---

Good morning –

Please find the requested information. Included in the attachment are PP#19/24 (pay date: 09/13/24) – PP#01/25 (pay date: 01/03/25) paystubs.

Thank you.

**Cathie Korson**
**HR Manager – Employee Services | Department of Human Resources**
ckorson@washoecounty.gov | Office: 775.328.2092 | Fax: 775.328.6119
1001 E. Ninth St., Bldg. A, Reno, NV 89512
Work Schedule: 8-5; M-W (Remote), Th & F (Office)

---

**From:** Cari Burgess <cjbkeall@msn.com>
**Sent:** Thursday, January 30, 2025 3:07 PM
**To:** Korson, Cathie <CKorson@washoecounty.gov>
**Cc:** Hurley, Patricia <PHurley@washoecounty.gov>; Korson, Cathie <CKorson@washoecounty.gov>
**Subject:** Re: Paycheck Stub PP#03 25 (Pay Date: 01/31/25)

**Be Careful With This Message**
The sender may be an impostor.
Report Suspicious

Hello Cathy,

Can you send me all my paystubs from September until the last two you sent me please. Sorry, but I didn't receive all of them, and I would like them for my records.

Thank you!

Cari -Ann Burgess
Sent from my iPhone

On Jan 29, 2025, at 9:31 AM, Cari Burgess <cjbkeall@msn.com> wrote:

Thank you Cathy!

Sent from my iPhone

On Jan 29, 2025, at 9:28 AM, Korson, Cathie <CKorson@washoecounty.gov> wrote:

Good morning –

For your records, please find a copy of your paycheck stub for PP#03/25 (Pay Date: 01/31/25).

Thank you.

**Cathie Korson**
**HR Manager – Employee Services | Department of Human Resources**
ckorson@washoecounty.gov | Office: 775.328.2092 | Fax: 775.328.6119
1001 E. Ninth St., Bldg. A, Reno, NV 89512
Work Schedule: 8-5; M-W (Remote), Th & F (Office)

<image001.png>
<image002.png>
<image003.png>
<image004.png>
<image005.png>
<burgess_PP 03_25.docx>

WASHOE COUNTY, NEVADA 1861
1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 19/2024 |
| Pers. No. | 00013975 | Pay Period | 08/26/2024 - 09/08/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Regular Pay | 72.00 | 54.17 | 3,900.24 | 74,696.56 |
| Holiday Pay | 8.00 | 54.17 | 433.36 | 3,391.04 |
| Comp Hours Used | | | | 2,481.22 |
| Holiday Worked (1 | | | | 1,696.14 |
| Overtime Straight | 74.00 | 54.17 | 4,008.58 | 52,794.08 |
| Special Salary Ad | 154.00 | 5.42 | 834.68 | 13,600.47 |
| Total Gross | | | 9,176.86 | 148,659.51 |
| Payment Date | | | 09/13/2024 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 130.21 | 2,104.35 |
| PERS | 1,451.76 | 27,558.78 |
| Ins ER | 448.74 | 8,357.45 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 1,319.53 | 19,564.44 |
| MedcarEE | 130.21 | 2,104.35 |
| 457 Plan | 130.01 | 2,417.13 |
| Ins EE | 146.20 | 2,631.60 |
| HSA EE | 50.00 | 900.00 |
| Total Deductions | 1,775.95 | 27,617.52 |
| Net Pay | | 7,400.91 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 97.56 | 4.62 | 0.00 | 102.17 | 0.00 |
| Sick Leave | 117.45 | 4.62 | 0.00 | 122.07 | 0.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 41.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 6.00 |
| Personal Leave | 12.00 | 0.00 | 0.00 | 12.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

09/08/2024

WASHOE COUNTY, NEVADA 1861

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 20/2024 |
| Pers. No. | 00013975 | Pay Period | 09/09/2024 - 09/22/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Regular Pay | 80.00 | 54.17 | 4,333.60 | 79,030.16 |
| Holiday Pay | | | | 3,391.04 |
| Comp Hours Used | | | | 2,481.22 |
| Holiday Worked (1 | | | | 1,696.14 |
| Overtime Straight | 31.00 | 54.17 | 1,679.28 | 54,473.36 |
| Special Salary Ad | 111.00 | 5.42 | 601.62 | 14,202.09 |
| **Total Gross** | | | 6,614.50 | 155,274.01 |
| **Payment Date** | | | 09/27/2024 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 93.07 | 2,197.42 |
| PERS | 1,451.76 | 29,010.54 |
| Ins ER | 448.74 | 8,806.19 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 755.81 | 20,320.25 |
| MedcarEE | 93.07 | 2,197.42 |
| 457 Plan | 130.01 | 2,547.14 |
| Ins EE | 146.20 | 2,777.80 |
| HSA EE | 50.00 | 950.00 |
| **Total Deductions** | 1,175.09 | 28,792.61 |
| **Net Pay** | | 5,439.41 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 102.17 | 4.62 | 0.00 | 106.79 | 0.00 |
| Sick Leave | 122.07 | 4.62 | 0.00 | 126.70 | 0.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 41.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 6.00 |
| Personal Leave | 12.00 | 0.00 | 0.00 | 12.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

09/22/2024

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 21/2024 |
| Pers. No. | 00013975 | Pay Period | 09/23/2024 - 10/06/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Regular Pay | | | | 79,030.16 |
| Holiday Pay | | | | 3,391.04 |
| Comp Hours Used | | | | 2,481.22 |
| Sick Hours Used | 80.00 | 54.17 | 4,333.60 | 4,333.60 |
| Holiday Worked (1 | | | | 1,696.14 |
| Overtime Straight | | | | 54,473.36 |
| Special Salary Ad | 80.00 | 5.42 | 433.60 | 14,635.69 |
| Total Gross | | | 4,767.20 | 160,041.21 |
| Payment Date | | | 10/11/2024 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 66.28 | 2,263.70 |
| PERS | 1,451.76 | 30,462.30 |
| Ins ER | 448.74 | 9,254.93 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 380.30 | 20,700.55 |
| MedcarEE | 66.28 | 2,263.70 |
| 457 Plan | 130.01 | 2,677.15 |
| Ins EE | 146.20 | 2,924.00 |
| HSA EE | 50.00 | 1,000.00 |
| Total Deductions | 772.79 | 29,565.40 |
| Net Pay | | 3,994.41 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 106.79 | 4.62 | 0.00 | 111.41 | 0.00 |
| Sick Leave | 126.70 | 4.62 | 80.00 | 51.32 | 80.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 41.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 6.00 |
| Personal Leave | 12.00 | 0.00 | 0.00 | 12.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

10/06/2024

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 22/2024 |
| Pers. No. | 00013975 | Pay Period | 10/07/2024 - 10/20/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Regular Pay | | | | 79,030.16 |
| Holiday Pay | | | | 3,391.04 |
| Comp Hours Used | 17.00 | 54.17 | 920.89 | 3,402.11 |
| Sick Hours Used | 51.00 | 54.17 | 2,762.67 | 7,096.27 |
| Personal Hours Us | 12.00 | 54.17 | 650.04 | 650.04 |
| Holiday Worked (1 | | | | 1,696.14 |
| Overtime Straight | | | | 54,473.36 |
| Special Salary Ad | 80.00 | 5.42 | 433.60 | 15,069.29 |
| **Total Gross** | | | 4,767.20 | 164,808.41 |
| **Payment Date** | | | 10/24/2024 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 66.28 | 2,329.98 |
| PERS | 1,451.76 | 31,914.06 |
| Ins ER | 448.74 | 9,703.67 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 380.30 | 21,080.85 |
| MedcarEE | 66.28 | 2,329.98 |
| 457 Plan | 130.01 | 2,807.16 |
| Ins EE | 146.20 | 3,070.20 |
| HSA EE | 50.00 | 1,050.00 |
| **Total Deductions** | 772.79 | 30,338.19 |
| **Net Pay** | | 3,994.41 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 111.41 | 4.62 | 0.00 | 116.02 | 0.00 |
| Sick Leave | 51.32 | 4.62 | 0.00 | 55.95 | 80.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 41.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 6.00 |
| Personal Leave | 12.00 | 0.00 | 0.00 | 12.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

10/20/2024

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 23/2024 |
| Pers. No. | 00013975 | Pay Period | 10/21/2024 - 11/03/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Regular Pay | | | | 79,030.16 |
| Holiday Pay | 8.00 | 54.17 | 433.36 | 3,824.40 |
| Comp Hours Used | 17.00 | 54.17 | 920.89- | 2,481.22 |
| Sick Hours Used | 51.00 | 54.17 | 2,762.67- | 4,333.60 |
| Personal Hours Us | 12.00 | 54.17 | 650.04- | |
| Admin Leave | 80.00 | 54.17 | 4,333.60 | |
| Admin Leave | 72.00 | 54.17 | 3,900.24 | 8,233.84 |
| Holiday Worked (1 | | | | 1,696.14 |
| Overtime Straight | | | | 54,473.36 |
| Special Salary Ad | 80.00 | 5.42 | 433.60 | 15,502.89 |
| Total Gross | | | 4,767.20 | 169,575.61 |
| Payment Date | | | 11/08/2024 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 66.28 | 2,396.26 |
| PERS | 1,451.76 | 33,365.82 |
| Ins ER | 448.74 | 10,152.41 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 380.30 | 21,461.15 |
| MedcarEE | 66.28 | 2,396.26 |
| 457 Plan | 130.01 | 2,937.17 |
| Ins EE | 146.20 | 3,216.40 |
| HSA EE | 50.00 | 1,100.00 |
| Total Deductions | 772.79 | 31,110.98 |
| Net Pay | | 3,994.41 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 116.02 | 4.62 | 0.00 | 120.64 | 0.00 |
| Sick Leave | 55.95 | 4.62 | 0.00 | 60.57 | 80.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 41.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 6.00 |
| Personal Leave | 12.00 | 0.00 | 0.00 | 12.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

11/03/2024

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 24/2024 |
| Pers. No. | 00013975 | Pay Period | 11/04/2024 - 11/17/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Regular Pay | | | | 79,030.16 |
| Holiday Pay | 8.00 | 54.17 | 433.36 | 4,257.76 |
| Comp Hours Used | | | | 2,481.22 |
| Sick Hours Used | | | | 4,333.60 |
| Admin Leave | 72.00 | 54.17 | 3,900.24 | 12,134.08 |
| Holiday Worked (1 | | | | 1,696.14 |
| Overtime Straight | | | | 54,473.36 |
| Special Salary Ad | 80.00 | 5.42 | 433.60 | 15,936.49 |
| Total Gross | | | 4,767.20 | 174,342.81 |
| Payment Date | | | 11/22/2024 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 66.28 | 2,462.54 |
| PERS | 1,451.76 | 34,817.58 |
| Ins ER | 448.74 | 10,601.15 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 380.30 | 21,841.45 |
| MedcarEE | 66.28 | 2,462.54 |
| 457 Plan | 130.01 | 3,067.18 |
| Ins EE | 146.20 | 3,362.60 |
| HSA EE | 50.00 | 1,150.00 |
| Total Deductions | 772.79 | 31,883.77 |
| Net Pay | | 3,994.41 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 120.64 | 4.62 | 0.00 | 125.25 | 0.00 |
| Sick Leave | 60.57 | 4.62 | 0.00 | 65.19 | 80.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 41.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 6.00 |
| Personal Leave | 12.00 | 0.00 | 0.00 | 12.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

11/17/2024

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 25/2024 |
| Pers. No. | 00013975 | Pay Period | 11/18/2024 - 12/01/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Regular Pay | | | | 79,030.16 |
| Holiday Pay | 16.00 | 54.17 | 866.72 | 5,124.48 |
| Comp Hours Used | | | | 2,481.22 |
| Sick Hours Used | | | | 4,333.60 |
| Admin Leave | 64.00 | 54.17 | 3,466.88 | 15,600.96 |
| Holiday Worked (1 | | | | 1,696.14 |
| Overtime Straight | | | | 54,473.36 |
| Special Salary Ad | 80.00 | 5.42 | 433.60 | 16,370.09 |
| Total Gross | | | 4,767.20 | 179,110.01 |
| Payment Date | | | 12/06/2024 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 66.28 | 2,528.82 |
| PERS | 1,451.76 | 36,269.34 |
| Ins ER | 448.74 | 11,049.89 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 380.30 | 22,221.75 |
| MedcarEE | 66.28 | 2,528.82 |
| 457 Plan | 130.01 | 3,197.19 |
| Ins EE | 146.20 | 3,508.80 |
| HSA EE | 50.00 | 1,200.00 |
| Total Deductions | 772.79 | 32,656.56 |
| Net Pay | | 3,994.41 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 125.25 | 4.62 | 0.00 | 129.87 | 0.00 |
| Sick Leave | 65.19 | 4.62 | 0.00 | 69.82 | 80.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 41.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 6.00 |
| Personal Leave | 12.00 | 0.00 | 0.00 | 12.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

12/01/2024

WASHOE COUNTY, NEVADA 1861

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 26/2024 |
| Pers. No. | 00013975 | Pay Period | 12/02/2024 - 12/15/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Regular Pay | | | | 79,030.16 |
| Holiday Pay | | | | 5,124.48 |
| Comp Hours Used | | | | 2,481.22 |
| Sick Hours Used | | | | 4,333.60 |
| Admin Leave | 80.00 | 54.17 | 4,333.60 | 19,934.56 |
| Holiday Worked (1 | | | | 1,696.14 |
| Overtime Straight | | | | 54,473.36 |
| Special Salary Ad | 80.00 | 5.42 | 433.60 | 16,803.69 |
| **Total Gross** | | | 4,767.20 | 183,877.21 |
| **Payment Date** | | | 12/20/2024 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 66.28 | 2,595.10 |
| PERS | 1,451.76 | 37,721.10 |
| Ins ER | 448.74 | 11,498.63 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 380.30 | 22,602.05 |
| MedcarEE | 66.28 | 2,595.10 |
| 457 Plan | 130.01 | 3,327.20 |
| Ins EE | 146.20 | 3,655.00 |
| HSA EE | 50.00 | 1,250.00 |
| **Total Deductions** | 772.79 | 33,429.35 |
| **Net Pay** | | 3,994.41 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 129.87 | 4.62 | 0.00 | 134.49 | 0.00 |
| Sick Leave | 69.82 | 4.62 | 0.00 | 74.44 | 80.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 41.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 6.00 |
| Personal Leave | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

12/15/2024

WASHOE COUNTY, NEVADA 1861
1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 01/2025 |
| Pers. No. | 00013975 | Pay Period | 12/16/2024 - 12/29/2024 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Holiday Pay | 8.00 | 54.17 | 433.36 | 433.36 |
| Admin Leave | 72.00 | 54.17 | 3,900.24 | 3,900.24 |
| Total Gross | | | 4,333.60 | 4,333.60 |
| Payment Date | | | 01/03/2025 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 59.99 | 59.99 |
| PERS | 1,451.76 | 1,451.76 |
| Ins ER | 448.74 | 448.74 |
| HSA ER | 2,500.00 | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 324.08 | 324.08 |
| MedcarEE | 59.99 | 59.99 |
| 457 Plan | 130.01 | 130.01 |
| Ins EE | 146.20 | 146.20 |
| HSA EE | 50.00 | 50.00 |
| Total Deductions | 710.28 | 710.28 |
| Net Pay | | 3,623.32 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 134.49 | 4.62 | 0.00 | 139.10 | 0.00 |
| Sick Leave | 74.44 | 4.62 | 0.00 | 79.07 | 0.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 0.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 |
| Personal Leave | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

12/29/2024

| | |
|---|---|
| **From:** | Korson, Cathie |
| **To:** | Cari Burgess |
| **Cc:** | Hurley, Patricia; Korson, Cathie |
| **Subject:** | Paycheck Stub PP# 04 25 (Pay Date: 02/14/25) |
| **Date:** | Wednesday, February 12, 2025 8:18:14 AM |
| **Attachments:** | Burgess PP 04 25.docx<br>image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png |

---

Good morning –

Attached, please find your paycheck stub for PP# 04/25 (pay date: 02/14/25).

Thank you.

**Cathie Korson**
**HR Manager – Employee Services | Department of Human Resources**
ckorson@washoecounty.gov | Office: 775.328.2092 | Fax: 775.328.6119
1001 E. Ninth St., Bldg. A, Reno, NV 89512
Work Schedule: 8-5; M-W (Remote), Th & F (Office)

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 04/2025 |
| Pers. No. | 00013975 | Pay Period | 01/27/2025 - 02/09/2025 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Holiday Pay | | | | 1,300.08 |
| Admin Leave | 80.00 | 54.17 | 4,333.60 | 16,034.32 |
| Special Salary Ad | 80.00 | 5.42 | 433.60 | 1,734.40 |
| Total Gross | | | 4,767.20 | 19,068.80 |
| Payment Date | | | 02/14/2025 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 66.18 | 264.83 |
| PERS | 1,451.76 | 5,807.04 |
| Ins ER | 473.47 | 1,865.62 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 375.28 | 1,502.07 |
| MedcarEE | 66.18 | 264.83 |
| 457 Plan | 130.01 | 520.04 |
| Ins EE | 153.11 | 604.54 |
| HSA EE | 50.00 | 200.00 |
| Total Deductions | 774.58 | 3,091.48 |
| Net Pay | | 3,992.62 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 148.33 | 4.62 | 0.00 | 152.95 | 0.00 |
| Sick Leave | 88.31 | 4.62 | 0.00 | 92.94 | 0.00 |
| Compensatory Leave | 82.50 | 0.00 | 0.00 | 82.50 | 0.00 |
| Holiday Comp. Leave | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 |
| Personal Leave | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |

**From:** Korson, Cathie
**To:** Cari Burgess
**Cc:** Hurley, Patricia; Korson, Cathie
**Subject:** RE: Paycheck Stub PP# 05 25 (Pay Date: 02/28/25)
**Date:** Wednesday, February 26, 2025 8:18:22 AM
**Attachments:** Burgess PP 05 25.docx
image001.png
image002.png
image003.png
image004.png
image005.png

---

Good morning –

Attached, please find your paycheck stub for PP# 05/25 (pay date: 02/28/25).

Thank you.

**Cathie Korson**
**HR Manager – Employee Services | Department of Human Resources**
ckorson@washoecounty.gov | Office: 775.328.2092 | Fax: 775.328.6119
1001 E. Ninth St., Bldg. A, Reno, NV 89512
Work Schedule: 8-5; M-W (Remote), Th & F (Office)

1001 E. Ninth Street, Room D-200, Reno, NV 89512

| | | | |
|---|---|---|---|
| Name | Burgess Cari-Ann P | Pay Period | 05/2025 |
| Pers. No. | 00013975 | Pay Period | 02/10/2025 - 02/23/2025 |
| Pers. Area | 1120 Registrar of Voters | Tax | Married |
| Pers. Subarea | 1121 Voters Admin | Subgroup | Confidential |

**Earnings Information**

| Description | Hours | Rate | Amount | Y-T-D |
|---|---|---|---|---|
| Holiday Pay | | | | 1,300.08 |
| Admin Leave | 19.50 | 54.17 | 1,056.32 | 17,090.64 |
| Leave Without Pay | 4.50 | 0.00 | | 0.00 |
| Special Salary Ad | 8.00 | 5.42 | 43.36 | 1,777.76 |
| Vacation Payout T | 154.23 | 54.17 | 8,354.64 | 8,354.64 |
| Comp Payout Term/ | 82.50 | 54.17 | 4,469.03 | 4,469.03 |
| H Comp Payout Ter | 10.00 | 54.17 | 541.70 | 541.70 |
| Total Gross | | | 14,465.05 | 33,533.85 |
| Payment Date | | | 02/28/2025 | |

**County Paid Contributions**

| Description | Amount | Y-T-D |
|---|---|---|
| MedcarER | 209.27 | 474.10 |
| PERS | 535.34 | 6,342.38 |
| Ins ER | 101.45 | 1,967.07 |
| HSA ER | | 2,500.00 |

**Deductions**

| Description | Amount | Y-T-D |
|---|---|---|
| W/H EE | 2,628.98 | 4,131.05 |
| MedcarEE | 209.27 | 474.10 |
| 457 Plan | 31.69 | 551.73 |
| Ins EE | 32.82 | 637.36 |
| HSA EE | | 200.00 |
| Total Deductions | 2,902.76 | 5,994.24 |
| Net Pay | | 11,562.29 |

| Leave Type | Beginning | Earned | Taken | Balance | Y-T-D Taken |
|---|---|---|---|---|---|
| Vacation Leave | 152.95 | 1.13 | 154.08 | 0.00 | 154.08 |
| Sick Leave | 1.13- | 1.13 | 0.00 | 0.00 | 0.00 |
| | 82.50 | 0.00 | 82.50 | 0.00 | 82.50 |
| | 10.00 | 0.00 | 10.00 | 0.00 | 10.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA | | | 0.00 | | 0.00 |